# CIB 98-12
# Guidance Regarding Advertisement of PSCs



## Posted: 04/29/98 at 15:18 (EST)

*Exhibit I*

April 29, 1998

MEMORANDUM FOR ALL CONTRACTING OFFICERS AND NEGOTIATORS

FROM:     M/OP, Marcus L. Stevenson, Procurement Executive

SUBJECT:  Guidance Regarding Advertisement of Personal Services
          Contracts (PSCs), and Requirements for Evaluating
          Applications for PSCs

CONTRACT INFORMATION BULLETIN 98 - 12

CIB 97-16 and CIB 97-16 (Supplement) revised the Class
Justification for Other Than Full and Open Competition for hiring
personal services contractors by deleting personal services
contracts with U.S. citizens or U.S. resident aliens recruited
from the United States. CIB 97-17 (Corrected 2) version provided
new procedures for hiring U.S. citizens or U.S. resident aliens
from the United States, specifically requiring advertising on the
Agency's External Internet web site for such solicitations.
There appears to be some confusion as to the application of these
CIBs, as well as the methodology for determining the most
qualified candidate for the contract.

The term "locally recruited" used in the class justification does
not apply to the recruitment of those individuals for PSCs
working in the Washington, D.C. area or the United States as a
whole. It also does not apply to those individuals who are
recruited from the United States to work in a Mission outside the
United States, or Third Country Nationals paid under Appendix D
of the AIDAR. The term "locally recruited" refers to recruitment

of those individuals who are covered under the class
justification, i.e., Cooperating Country Nationals, Third Country
Nationals hired under the local compensation plan, and U.S.
citizens who are living in the cooperating country, referred to
as U.S. Resident Hires (see Appendix D of the AIDAR).

4

Regarding advertisement for PSC positions, as described in
CIB 97-17, those positions shall be advertised on the Internet,
regardless of any other means used for advertising. All
advertisements shall be prepared and sent from the cognizant
contracting office, not the technical offices. Also, prospective
candidates' applications, i.e., SF-171, must be sent directly to
the individual and address in the contracting office, not to the
technical office. Since the contracting office is responsible
for the solicitation requirements of prospective contractors, any
other means of advertising for a PSC, e.g., the Electronic
Bulletin Board (EBBS), which is not issued by the contracting
office simultaneously or after the advertisement on the Internet
appears, will not be honored. All applications must be sent
directly to the responsible individual in the contracting office.
Advertisement of a contract prior to the official release from
the contracting office is a violation of Federal procurement
regulations and statutes.

Selection of the contractor shall be conducted similarly to the
way technical proposals are evaluated (also similar to the way
direct-hire positions are filled). The requesting office shall
establish the criteria used for determining the most qualified
candidate and identify the relative importance of each criteria.
Once the applications have been received by the technical office
from the contracting office, a technical panel shall be convened
(preferably at least 3 individuals) who shall review the
applications, score the proposals based upon the criteria and
scoring guidelines, and rank the individuals. Interviews may be
scheduled and conducted by the panel. The final choice shall be
forwarded through a Memorandum to the individual responsible in
the contracting office. This memorandum shall be signed by the
selecting official and signed or cleared by the other panel
members, and shall describe the methodology used in the review,
scoring, and ranking of the individual applications and the
opinions considered from the interviews. Once the information is
received in the contracting office, the responsible negotiator
shall begin negotiation with the individual selected unless other
circumstances warrant further action being taken prior to the
initiation of the negotiation process.

Questions regarding this CIB may be directed to M/OP/P.

# CIB 98-12
# Guidance Regarding Advertisement of PSCs



## Posted: 04/29/98 at 15:18 (EST)

April 29, 1998

MEMORANDUM FOR ALL CONTRACTING OFFICERS AND NEGOTIATORS

FROM:      M/OP, Marcus L. Stevenson, Procurement Executive

SUBJECT:   Guidance Regarding Advertisement of Personal Services
           Contracts (PSCs), and Requirements for Evaluating
           Applications for PSCs

                    CONTRACT INFORMATION BULLETIN 98 - 12

CIB 97-16 and CIB 97-16 (Supplement) revised the Class
Justification for Other Than Full and Open Competition for hiring
personal services contractors by deleting personal services
contracts with U.S. citizens or U.S. resident aliens recruited
from the United States. CIB 97-17 (Corrected 2) version provided
new procedures for hiring U.S. citizens or U.S. resident aliens
from the United States, specifically requiring advertising on the
Agency's External Internet web site for such solicitations.
There appears to be some confusion as to the application of these
CIBs, as well as the methodology for determining the most
qualified candidate for the contract.

The term "locally recruited" used in the class justification does
not apply to the recruitment of those individuals for PSCs
working in the Washington, D.C. area or the United States as a
whole. It also does not apply to those individuals who are
recruited from the United States to work in a Mission outside the
United States, or Third Country Nationals paid under Appendix D
of the AIDAR. The term "locally recruited" refers to recruitment

of those individuals who are covered under the class justification, i.e., Cooperating Country Nationals, Third Country Nationals hired under the local compensation plan, and U.S. citizens who are living in the cooperating country, referred to as U.S. Resident Hires (see Appendix D of the AIDAR).

4

Regarding advertisement for PSC positions, as described in CIB 97-17, those positions shall be advertised on the Internet, regardless of any other means used for advertising. All advertisements shall be prepared and sent from the cognizant contracting office, not the technical offices. Also, prospective candidates' applications, i.e., SF-171, must be sent directly to the individual and address in the contracting office, not to the technical office. Since the contracting office is responsible for the solicitation requirements of prospective contractors, any other means of advertising for a PSC, e.g., the Electronic Bulletin Board (EBBS), which is not issued by the contracting office simultaneously or after the advertisement on the Internet appears, will not be honored. All applications must be sent directly to the responsible individual in the contracting office. Advertisement of a contract prior to the official release from the contracting office is a violation of Federal procurement regulations and statutes.

Selection of the contractor shall be conducted similarly to the way technical proposals are evaluated (also similar to the way direct-hire positions are filled). The requesting office shall establish the criteria used for determining the most qualified candidate and identify the relative importance of each criteria. Once the applications have been received by the technical office from the contracting office, a technical panel shall be convened (preferably at least 3 individuals) who shall review the applications, score the proposals based upon the criteria and scoring guidelines, and rank the individuals. Interviews may be scheduled and conducted by the panel. The final choice shall be forwarded through a Memorandum to the individual responsible in the contracting office. This memorandum shall be signed by the selecting official and signed or cleared by the other panel members, and shall describe the methodology used in the review, scoring, and ranking of the individual applications and the opinions considered from the interviews. Once the information is received in the contracting office, the responsible negotiator shall begin negotiation with the individual selected unless other circumstances warrant further action being taken prior to the initiation of the negotiation process.

Questions regarding this CIB may be directed to M/OP/P.

U.S. Agency for International
Development
Washington, D.C. 20523

# FACSIMILE TRANSMITTAL COVER SHEET

DATE:   19 June 2000

TO:

**ATTENTION:** Kirk Dohne          **ORGANIZATION:** GlobalCorps
**FAX PHONE:** 240-465-0244        **OFFICE PHONE:**

FROM:

**ORIGINATOR:** Ted Maly            **ORGANIZATION:** BHR/OFDA
**FAX PHONE:** 202-216-3706/7       **OFFICE PHONE:** 202-712-4419

**NUMBER OF PAGES** (including this cover sheet): 13

**SUBJECT:** Submission of application for Jacque Poole-Galdas

Exhibit 2

Dear Kirk,

Attached please find a cover letter and completed SF-171 from Jacque Poole-Galdas for the position of OFDA Program Officer in Khartoum, Sudan (Solicitation number M/OP-00-1277).

I am forwarding it for her as she has had trouble with the phone and fax lines in Nairobi. I will forward the hard copy by post to your attention today. Please let me know if you have any questions.

Yours sincerely,

AID 330-7 (8/94)

Exhibit 3

## GENERAL INFORMATION

1. What kind of job are you applying for? Give title and announcement no. (if any)
   Program Administrative Liaison Officer

2. Social Security Number: 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
3. Sex: ☒ Female
4. Birth date: 11-11-49
5. Birthplace (City and State or Country): Cols, OH

6. Name (Last, First, Middle): Poole-Caldas Jacquelyn K
   Mailing address: USAid Khartoum, State Dept
   Washington DC 20521

7. Other names ever used: Jacquelyn King Dean (maiden)

8. Home Phone: 249-11-477577
9. Work Phone: 249-11-465868

10. Were you ever employed as a civilian by the Federal Government?
    ☐ Temporary ☐ Career-Conditional ☐ Career ☐ Excepted

## AVAILABILITY

11. When can you start work? Immediately
12. What is the lowest pay you will accept? Grade GS-13
13. In what geographic areas are you willing to work? Sudan

14. Are you willing to work:
    A. 40 hours per week (full-time)? YES ☒
    B. 25-32 hours per week (part-time)?
    C. 17-24 hours per week (part-time)?
    D. 16 or fewer hours per week (part-time)?
    E. An intermittent job (on-call/seasonal)?
    F. Weekends, shifts, or rotating shifts?

15. Are you willing to take a temporary job lasting:
    A. 5 to 12 months?
    B. 1 to 4 months?
    C. Less than 1 month?

16. Are you willing to travel away from home for:
    A. 1 to 5 nights each month?
    B. 6 to 10 nights each month?
    C. 11 or more nights each month? NO ☒

## MILITARY SERVICE AND VETERAN PREFERENCE

17. Have you served in the United States Military Service? NO ☒

18. 

19. Were you discharged from the military service under honorable conditions? 

20. 

21. 

22. ☒ NO PREFERENCE

Page 1

Standard Form 171-A—Continuation Sheet for SF 171
Form Approved: OMB No. 3206-0012
Case 1:06-cv-00191-HHK  Document 2-3  Filed 05/30/2006  Page 9 of 16
225
• Attach all SF 171-A's to your application at the top of page 3.

**1. Name (Last, First, Middle)**
Poole-Galdas, Jacquelyn Kay

**2. Social Security Number**
[redacted]

**3. Job Title or Announcement Number You Are Applying For**
Program/Administrative Liaison Officer

**4. Date Completed**

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

### C

**Name and address of employer's organization (include ZIP Code, if known)**
USAid
P.O. Box 699
Khartoum

**Dates employed:** From: 1/91 To: 10/92

**Salary or earnings:** Starting $10.81 per hr. Ending $14.04 per hr.

**Average number of hours per week:** 40

**Place of employment:** City Khartoum State Sudan

**Exact title of your job:** Building Maintenance Officer (BMO)

**Your immediate supervisor:** Christophe Jones  Area Code 22  Telephone Number 90891

**Number and job titles of any employees you supervised:** 60, plumbers, electricians, carpenters, painters, drivers, mechanics

**Kind of business or organization:** USG

**If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion:** FS7 Step 9

**Your reason for leaving:** Assumed duties of ALO

**Description of work:** Managed rehabilitation & maintenance for Mission's short term leased Residential, office & service properties including Duties of Housing Coordinator (See Box D) 2) Established stock levels for material & supplies to support maintenance activities, ensuring safe storage & correct usage, establishes schedules for routine & emergency maintenance services, manage on-going program for repair & maintenance of all types of vehicles & equipment, establish stock levels for parts, supplies & tools for a vehicle maintenance program, coordinate establishment of emergency response capabilities for vehicles with breakdowns outside of Khartoum, develop & supervise in-house training for Sudanese technicians & personnel so they can assume duties previously held by TCN & American employees, implement safety program, worked closely with EXO to develop budget & levels for BMO Dept, implementing monitoring system to control & safeguard parts, participated in massive Reduction-in-force (RIF) finding employment for all RIFed personnel, conducted massive auctions, established employee-of-the-month program, other duties as assigned.

### D

**Name and address of employer's organization (include ZIP Code, if known)**
USAid
P.O. Box 699
Khartoum, Sudan

**Dates employed:** From: 7/88 To: 1/91

**Salary or earnings:** Starting $8.91 per hr. Ending $10.81 per hr.

**Average number of hours per week:** 40

**Place of employment:** City Khartoum State Sudan

**Exact title of your job:** Housing Coordinator

**Your immediate supervisor:** Scott Covert  Area Code 591 Telephone Number 2786544

**Number and job titles of any employees you supervised:** 20 cleaners, driver

**Kind of business or organization:** USG

**If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion:** FS9 Step 12

**Your reason for leaving:** assumed duties of Building Maintenance Officer

**Description of work:** Assisted Executive Office in assigning temporary & permanent quarters to newly arrived employees, selects & briefs sponsors for new employees & their families, managed a housing portfolio of 60 residences including project houses & TDY apartments, inspected quarters prior to arrival, directed cleaners, provided & replaced items in residences, maintained hospitality kits, prepared, issued & replaced kits in new quarters, check condition, noted missing items, issued DOC's when necessary, worked w/ newly arrived employees and his/her family to assure clean comfortable furnishings & equipment, researches local vendors for cleaning, upholstery & drapery services & works with vendors to ensure quality standards are met. Advised & assisted GSO in procurement requirements for residences, reviews & drafts Housing Handbook, directed daily cleaning staff of USAid office cleaners & TDY quarters, & assists with physical inventory, reviews residences before & after employee's arrival & departure, supervise & arrange official functions for Director & EXO.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE    NSN 7540-00-935-7157    171-205
★U.S.GPO:1985-0-491-248/20571
Standard Form 171-A (Rev. 2/84)
Office of Personnel Management
FPM Chapter 295

JUN-19-2000 09:11        USAID                          202 216 3707    P.05/13

**23** may we ask your present employer about your character, qualifications, etc... qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. ..... [X]

**24** READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.
- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years. If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block.
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.
- INCLUDE VOLUNTEER WORK (non-paid work)—If the work (or a part of the work) is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.
- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB—Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title.
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of paper as described above.

**A** Name and address of employer's organization: USAid, P.O. Box 699, Khartoum, Sudan
Dates employed: From 2/6/96 To: Present
Average hours per week: 40
Number of employees you supervise: 29
Salary: Starting $16.59 per hr. Ending $18.86 per hr.
Your reason for wanting to leave: position Reclassified, Reapplying for the position
Your immediate supervisor: Larry Meserve
Area Code/Telephone No.: Gerry Cashion 254-2 862400
Exact title of your job: Administrative Liaison Officer
If Federal employment list series, grade or rank, and, if promoted in this job, the date of your last promotion: FS 6/6, GS 10/4

Description of work: Although my title remained the same, in February, 1996, all Diplomatic Americans were withdrawn from Khartoum including OFDA's Emergency Disaster Relief Coordinator (EDRC). While continuing to perform my administrative duties I also began assuming the duties previously performed by the EDRC. Currently approximately 60% of my time is spent performing program duties including: 1) Northern Sudan country Representative for USAid emergency and humanitarian assistance program of US $11.4 million Reporting directly to the American Embassy Charge, REDSO, Non-Presence Countries (NPC) Chief, OFDA Washington, OFDA/ARD, BHR/FFP and Africa Bureau Sudan Desk Office, 2) BHR/OFDA & BHR/FFP program manager / evaluator for currently funded projects & programs providing technical backstopping, project monitoring and reporting for the humanitarian assistance programs in country, 3) USAid Liaison in Khartoum with UN agencies and OLS. 4) Represent the USG at regular donor/GOS donor/UN donor/NG and donor/donor meetings. 5) Reports on Government of...

**B** Name and address of employer's organization: USAid, P.O. Box 699, Khartoum, Sudan
Dates employed: From 10/92 To: 2/6/96
Average hours per week: 40
Number of employees you supervise: 5-20
Salary: Starting $14.04 per hr. Ending $16.59 per hr.
Your reason for leaving: began assuming duties of EDRC (Emergency Disaster Relief Coordinator)
Your immediate supervisor: Larry Meserve
Area Code/Telephone No.: 254-2 862400
Exact title of your job: Administrative Liaison Officer
If Federal employment: 10/92 FS 6/8, 10/96 FS 6/6

Description of work: Provide overall management responsibility for & direct and coordinate the administrative and logistics support services and program monitoring functions of the USAid/Khartoum office. 2) Develop & prescribe appropriate internal mission management systems & policies to ensure maximum utilization of material & human resources. 3) Represents the Mission in developing & administering support agreements & budgets with the Embassy assuring that the Mission receives the type and levels of support for which reimbursement is made 4) provide overall direction & management of mission's general services functions which include leasing & furnishing of housing for employees, negotiation & execution of leases and maintenance of housing & office space, warehousing, personal property acquisition, accountability, disposition and disposal of expendable & non-expendable supplies, automotive and office equipment etc. and develops standards for issuing and controlling mission personal property. Provides for Repair & maintenance of equipment, motor pool & automotive...

Page 2   IF YOU NEED MORE EXPERIENCE BLOCKS, USE SF 171-A (SEE BACK OF INSTRUCTION PAGE).

## EDUCATION

**25** Did you graduate from high school? If you have a GED high school equivalency, or will graduate within the next nine months, answer "YES".

YES [X]   NO [ ]   If "YES", give month and year graduated or received GED equivalency: 6/67
If "NO", give the highest grade you completed:

**26** Write the name and location (city and state) of the last high school you attended or where you obtained your high school equivalency: Brookhaven, Columbus, OH

**27** Have you ever attended college or graduate school?   YES [X]   NO [ ]   If "YES", continue with 28. If "NO", go to 31.

**28** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree:

| Name | City | State | ZIP Code | From | To | Semester | Quarter | Type of Degree | Month and Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) Ohio University | Athens | OH | | 9/67 | 6/72 | 180 | | BSED | 6/72 |
| 2) University of Houston | Clear Lake | TX | | 9/77 | 8/79 | 63 | | MA | |
| 3) | | | | | | | | | |

**29** CHIEF UNDERGRADUATE SUBJECTS (Show major on the first line)

| Subject | Semester | Quarter |
|---|---|---|
| 1) Speech Pathology | 180 | |
| 2) | | |
| 3) | | |

**30** CHIEF GRADUATE SUBJECTS (Show major on the first line)

| Subject | Semester | Quarter |
|---|---|---|
| 1) Educational Diagnostician | 30 | |
| 2) Early Childhood Education | 15 | |
| 3) Language Learning Disabled | 18 | |

**31** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

(blank)

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** Cash Award/GSO for dedication to duty, loyalty & expertise in performing general & logistics services during the Gulf War crisis, 8/91, Cash Award/EXO Staff for outstanding service in the massive phase-down operation 8/92, Superior Unit Citation for superior performance in implementing U.S. Relief efforts under extraordinary difficult & perilous conditions. Computer Skills - WordPerfect, Lotus, MS Word

**33** How many words per minute can you: TYPE? 55   TAKE DICTATION? No

**34** (blank licenses/certificates)

**35** Do you speak or read a language other than English?   YES [ ]   NO [X]

## REFERENCES

**36**

| Full Name of Reference | Telephone Number(s) | Present Business or Home Address | State | ZIP Code |
|---|---|---|---|---|
| 1) Donald Teitelbaum | 254-2-537-8000 ext 3608 | American Embassy Nairobi, Nairobi Kenya | | |
| 2) Bruce Knotts | 254-2-537-8000 ext 3608 | American Embassy Nairobi, Nairobi Kenya | | |
| 3) Polly Byers | 202-712-5754 | Ronald Regan Building OFDA, Floor 8th, Washington | DC | 20523 |

Page 3

**INTERROGATORY/QUESTIONNAIRE**

**EEO Complaint Number EOP-01-06**

The Agency has accepted for investigation an EEO complaint filed by Mr. Ahmed S. Osman alleging discrimination based on his national origin, race, and religion, and in reprisal for prior EEO activity when he was not selected for Personal Services Contract position of Program Officer for Sudan - August 2000.

As the EEO Contractor secured by the Equal Opportunity Programs Staff to investigate this complaint, I am authorized to: (1) conduct interviews with all appropriate Agency officials, employees or other individuals who have knowledge of any facts concerning this complaint; (2) administer oaths and require that statements of witnesses be under oath or affirmation without a pledge of confidence; (3) review any files deemed pertinent to the complaint; and (4) collect any evidence deemed pertinent to the complaint. The authorization letter states in part: "The investigator must be provided full cooperation by all Agency personnel in this matter". Because you are not available in person for the interview, you are being provided this interrogatory to solicit your participation and input to this investigation.

In responding to questions and/or statements set forth herein, you are committed to the following: "I hereby certify under penalty of perjury, in accordance with 28 U.S.C. 1746, that my statement of response to each question or statement is true and correct to the best of my belief".

01  For the record, state your full name, position title and grade, and the organization to which you are assigned and location. **Answer: Gregory Cotler Gottlieb; Senior Regional Advisor for Africa, Grade 15, Step 9; USAID/Office of U.S.**

**Foreign Disaster Assistance, Nairobi, Kenya**

02 How long have you held this position? State the position title and grade, and the organization to which you were assigned and its location? **Answer: Two years. Senior Regional Advisor, 15/9, Office of U.S. Foreign Disaster Assistance, Nairobi, Kenya.**

03

04 Who is your immediate supervisor? Who was your immediate supervisor August, 2000. Answer: **Tamra Halmrast-Sanchez. Tamra Halmrast-Sanchez.**

04 What was Ms. Mercedes Eugenia's position or role in advertising or the solicitation of candidates for this position of Program Officer for Sudan? What role did "GlobalCorps" play in this process (Be specific)? **Answer: Ms. Eugenia is a contracting officer. I do not know her role in the advertising or solicitation of candidates for this position. Global Corps is a contractor to OFDA that helps with recruitment of candidates. They send out the advertisements, prepare the binders that contain all the CVs, and do an initial ranking of candidates based on the job qualifications.**

05 For the record, what is your national origin? your race? your religion? Have you been involved in the EEO complaint process previously? (If yes, explain?) **Answer: USA. White. Jewish. Never involved in an EEO complaint.**

06 Regarding the Personal Services Contract position of Program Officer for Sudan, were you involved at all in screening, evaluating, and/or interviewing applicants for the position? If no, so indicate. If yes, respond to the statements or questions listed below. **Answer: As Senior Regional Advisor for Africa, the Program Officer position fell under my supervision. I looked over the book that contained the CVs of candidates. However, I was not involved in the**

**evaluating, interviewing, or selection of the candidates.**

a. Was Mr. Osman an applicant for the position? **Answer: I do not know.**

b. Was Mr. Osman among the applicants identified by GobalCorps in Category A or Category B? **Answer: I do not know.**

c. What was the basic evaluation material(s) used to screen and reduce the number of applicants identified in Category A to those to be interviewed? Were any candidates in Category B interviewed? If yes, list their names. **Answer: I do not know.**

d. Who set up the screening and/or interview panel? Who were the panel members who participated in this phase of the selection process? **Answer: I believe Mr. Ted Maly set it up, but I am not sure. I believe Ms. Kimberly Smith participated on the panel. I do not recollect any other panel members.**

e. Was there any specific evaluation materials used to screen the applicants to be interviewed? **Answer: I do not know.**

f. Were there any work sheets or documentation used to rank the candidates and/or to determine the individuals to be interviewed? If yes, please provide your work sheet or give the name of the individual the information was turned over to. If no and all candidates in Category A were not interviewed, give an explanation as to how you arrived at the individuals to be interviewed. **Answer: I do not know.**

g. Were there any work sheets used by the panel members of the interview results? If yes, provide copies or give the name of the individual the work sheets were turned over to. If no, give an explanation as to how you arrived at the individual(s) recommended to be selected.

  **Answer: I do not know. I wasn't on the panel.**
h. Was Mr. Osman interviewed? If no, give an explanation as to why he wasn't interviewed. **Answer: I do not know.**
i. Who made the selection: (a) management official (Who?), or (b) the evaluation/interview panel? **Answer: I don't know.**

07 Was national origin, race, or religion discussed during the screening process for this position? If yes, what was the nature of the discussion? Explain. **Answer: I don't know, I wasn't part of the panel.**

08 To your knowledge, was there any attempt to mediate a resolution to Mr. Osman's complaint? **Answer: I don't know.**

09 Is there any additional information relevant accepted issues in this complaint for investigation that should be entered into the record? If yes, explain. **Answer: No.**

I give this statement voluntarily and without duress. I understand that, in the event disciplinary action is taken as a result of this investigation, this statement may be used as supporting documentation for that action. In addition, I understand that it may be released to the person against whom disciplinary action has been proposed, and that I may be called upon to be a witness in any proceeding that follows such action.

Signature: __/Gregory C. Gottlieb/__ Date: August 17, 2001

8/17/01