Ahmed Siddig Osman
12807 Bluet Ln
Silver Spring, MD 20906
(301) 933-4402
    Plaintiff

Case No. 1:06CV00191-HHK
HHK

Randall Tobias
Administrator,
U.S. Agency for International Development
    Defendant

<u>Plaintiff's Amended Exhibited</u>

Please attach the following exhibits (1-6) instead of the exhibits (1-5) that I filed on 05/30/2006.

The amended exhibits include an additional Exhibit No. 6.

EEOC letter already filed (Right to Sue)

Ahmed S. Osman
05/31/2006

RECEIVED
MAY 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT