# CIB 98-12
# Guidance Regarding Advertisement of PSCs



## Posted: 04/29/98 at 15:18 (EST)

Exhibit I

April 29, 1998

MEMORANDUM FOR ALL CONTRACTING OFFICERS AND NEGOTIATORS

FROM:     M/OP, Marcus L. Stevenson, Procurement Executive

SUBJECT:  Guidance Regarding Advertisement of Personal Services
          Contracts (PSCs), and Requirements for Evaluating
          Applications for PSCs

CONTRACT INFORMATION BULLETIN 98 - 12

CIB 97-16 and CIB 97-16 (Supplement) revised the Class Justification for Other Than Full and Open Competition for hiring personal services contractors by deleting personal services contracts with U.S. citizens or U.S. resident aliens recruited from the United States. CIB 97-17 (Corrected 2) version provided new procedures for hiring U.S. citizens or U.S. resident aliens from the United States, specifically requiring advertising on the Agency's External Internet web site for such solicitations. There appears to be some confusion as to the application of these CIBs, as well as the methodology for determining the most qualified candidate for the contract.

The term "locally recruited" used in the class justification does not apply to the recruitment of those individuals for PSCs working in the Washington, D.C. area or the United States as a whole. It also does not apply to those individuals who are recruited from the United States to work in a Mission outside the United States, or Third Country Nationals paid under Appendix D of the AIDAR. The term "locally recruited" refers to recruitment

of those individuals who are covered under the class justification, i.e., Cooperating Country Nationals, Third Country Nationals hired under the local compensation plan, and U.S. citizens who are living in the cooperating country, referred to as U.S. Resident Hires (see Appendix D of the AIDAR).
4
Regarding advertisement for PSC positions, as described in CIB 97-17, those positions shall be advertised on the Internet, regardless of any other means used for advertising. All advertisements shall be prepared and sent from the cognizant contracting office, not the technical offices. Also, prospective candidates' applications, i.e., SF-171, must be sent directly to the individual and address in the contracting office, not to the technical office. Since the contracting office is responsible for the solicitation requirements of prospective contractors, any other means of advertising for a PSC, e.g., the Electronic Bulletin Board (EBBS), which is not issued by the contracting office simultaneously or after the advertisement on the Internet appears, will not be honored. All applications must be sent directly to the responsible individual in the contracting office. Advertisement of a contract prior to the official release from the contracting office is a violation of Federal procurement regulations and statutes.

Selection of the contractor shall be conducted similarly to the way technical proposals are evaluated (also similar to the way direct-hire positions are filled). The requesting office shall establish the criteria used for determining the most qualified candidate and identify the relative importance of each criteria. Once the applications have been received by the technical office from the contracting office, a technical panel shall be convened (preferably at least 3 individuals) who shall review the applications, score the proposals based upon the criteria and scoring guidelines, and rank the individuals. Interviews may be scheduled and conducted by the panel. The final choice shall be forwarded through a Memorandum to the individual responsible in the contracting office. This memorandum shall be signed by the selecting official and signed or cleared by the other panel members, and shall describe the methodology used in the review, scoring, and ranking of the individual applications and the opinions considered from the interviews. Once the information is received in the contracting office, the responsible negotiator shall begin negotiation with the individual selected unless other circumstances warrant further action being taken prior to the initiation of the negotiation process.

Questions regarding this CIB may be directed to M/OP/P.