JUN-19-2000 09:10  USAID  202 216 3707  P.01/13

U.S. Agency for International
Development
Washington, D.C. 20523

# FACSIMILE TRANSMITTAL COVER SHEET

Exhibit 2

DATE: 19 June 2000

TO:

ATTENTION: Kirk Dohne  
FAX PHONE: 240-465-0244

ORGANIZATION: GlobalCorps  
OFFICE PHONE:

FROM:

ORIGINATOR: Ted Maly  
FAX PHONE: 202-216-3706/7

ORGANIZATION: BHR/OFDA  
OFFICE PHONE: 202-712-4419

NUMBER OF PAGES (including this cover sheet): 13

SUBJECT: Submission of application for Jacque Poole-Galdas

---

Dear Kirk,

Attached please find a cover letter and completed SF-171 from Jacque Poole-Galdas for the position of OFDA Program Officer in Khartoum, Sudan (Solicitation number M/OP-00-1277).

I am forwarding it for her as she has had trouble with the phone and fax lines in Nairobi. I will forward the hard copy by post to your attention today. Please let me know if you have any questions.

Yours sincerely,

AID 330-7 (8/94)