*Exhibit 3*

## GENERAL INFORMATION

1. Kind of job: **Program/Administrative/Mediator**

2. Social Security Number: 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
3. Sex: ☒ Female
4. Birth date: 11-11-49
5. Birthplace: Cols, OH

6. Name (Last, First, Middle): **Poole-Galbas, Jacquelyn K**
   Mailing address: US Aid Khartoum State Dept
   City: Washington
   State: DC  Zip: 20521

7. Other names ever used (e.g., maiden name, nickname, etc.):
   Jacquelyn Kay Dean (maiden)

8. Home Phone: 249-11 472577
9. Work Phone: 249-11-416248

10. Were you ever employed as a civilian by the Federal Government? If "NO", go to item 11. If "YES", mark each type of job you held with an "X".
    ☐ Temporary  ☐ Career-Conditional  ☐ Career  ☐ Excepted

    What is your highest grade, classification series and job title?

    Dates at highest grade: FROM _____ TO _____

## AVAILABILITY

11. When can you start work? **Immediately**
12. What is the lowest pay you will accept? Pay $ ____ per ____ OR Grade **GS-13**

13. In what geographic area(s) are you willing to work? **Sudan**

14. Are you willing to work:
    A. 40 hours per week (full-time)? ☒ YES
    B. 25-32 hours per week (part-time)?
    C. 17-24 hours per week (part-time)?
    D. 16 or fewer hours per week (part-time)?
    E. An intermittent job (on-call/seasonal)?
    F. Weekends, shifts, or rotating shifts?

15. Are you willing to take a temporary job lasting:
    A. 5 to 12 months (sometimes longer)?
    B. 1 to 4 months?
    C. Less than 1 month?

16. Are you willing to travel away from home for:
    A. 1 to 5 nights each month?
    B. 6 to 10 nights each month?
    C. 11 or more nights each month? ☒

## MILITARY SERVICE AND VETERAN PREFERENCE

17. Have you served in the United States Military Service? ☒ NO

18. Did you or will you retire at or above the rank of major or Lieutenant Commander?

19. Were you discharged from the military service under honorable conditions?
    Discharge Date / Type of Discharge

20. List the dates (Month, Day, Year) and branch for all active duty military service.

21. If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.

22. Read the instructions that come with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

    ☒ NO PREFERENCE
    ☐ 5-POINT PREFERENCE — You must show proof when you are hired.
    ☐ 10-POINT PREFERENCE

    ☐ Non-compensably disabled or Purple Heart recipient
    ☐ Compensably disabled, less than 30 percent
    ☐ Spouse, widow(er), or mother of a deceased or disabled veteran
    ☐ Compensably disabled, 30 percent or more

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90
Standard Form 171 (Rev. 6-88)
U.S. Office of Personnel Management

Page 1

**Answer all SF 171-A's as to your application at the top of p. 5.**

1. Name (Last, First, Middle): Poole-Goldas, Jacquelyn Kay
2. Social Security Number: [redacted]
3. Job Title or Announcement Number You Are Applying For: Program/Administrative Liaison Officer
4. Date Completed: [illegible]

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

### C

- **Name and address of employer's organization:** USAid, P.O. Box 699, Khartoum
- **Dates employed:** From: 1/91 To: 10/92
- **Average number of hours per week:** 40
- **Salary or earnings:** Starting $10.81 per hr. Ending $14.04 per hr.
- **Place of employment:** City: Khartoum, State: Sudan
- **Exact title of your job:** Building Maintenance Officer (BMO)
- **Your immediate supervisor:** Christophe Jones, Area Code 22, Telephone Number 90891
- **Number and job titles of any employees you supervised:** 60, plumbers, electricians, carpenters, painters, drivers, mechanics
- **Kind of business or organization:** USG
- **If Federal employment... series, grade or rank, and date of last promotion:** FS7 Step 9
- **Your reason for leaving:** Assumed duties of ALO

**Description of work:** Managed rehabilitation & maintenance for Mission's short term leased Residential, office & service properties including Duties of Housing Coordinator (See Box C) 2) Established stock levels for materials & supplies to support maintenance activities, ensuring safe storage & correct usage, establishes schedules for routine & emergency maintenance services, manage on-going program for repair & maintenance of all types of vehicles & equipment, establish stock levels for parts, supplies & tools for 2 vehicle maintenance program, coordinate establishment of emergency response capabilities for vehicles with breakdown outside of Khartoum, develop & supervise in-house training for Sudanese technicians & personnel so they can assume duties previously held by TCN & Am employees, implement safety program, worked closely with EXO to develop budgetary levels for BMO Dept., implementing monitoring system to control fraud, participated in massive Reduction-in-force (RIF) finding employment for all RIF'ed personnel, conducted massive auctions, established employee-of-the-month program, other duties as assigned.

### D

- **Name and address of employer's organization:** USAid, P.O. Box 699, Khartoum, Sudan
- **Dates employed:** From: 7/88 To: 1/91
- **Average number of hours per week:** 40
- **Salary or earnings:** Starting $8.91 per hr. Ending $10.81 per hr.
- **Place of employment:** City: Khartoum, State: Sudan
- **Exact title of your job:** Housing Coordinator
- **Your immediate supervisor:** Scott Covert, Telephone Number 591-2786544
- **Number and job titles of any employees you supervised:** 20 cleaners, driver
- **Kind of business or organization:** USG
- **If Federal employment... series, grade or rank, and date of last promotion:** FS9 Step 12
- **Your reason for leaving:** assumed duties of Building Maintenance Officer

**Description of work:** Assisted Executive Office in assigning temporary & permanent quarters to newly arrived employees, selects & briefs sponsors for new employees & their families, managed a housing portfolio of 60 residences including project houses & TDY quarters, inspected quarters prior to arrival, directed cleaners, provided & replaced items in Residences, maintained hospitality kits, prepared, issued & replaced kits in new quarters check condition, noted missing items, issued DOC's when necessary, worked w/ newly arrived employee and his/her family to assure clean comfortable furnishing & equipment, researches local vendors for cleaning, upholstery & drapery services & works with vendors to ensure quality standards are met. Advised & assisted GSO in procurement requirements for residences, reviews & drafts Housing Handbook, directed daily cleaning staff of USAid offices & annex TDY quarters, up-assists with physical inventory, reviews residences before & after employees arrival/departure, supervise & arrange official functions for Director & EXO.

JUN-19-2000 09:11    USAID    202 216 3707    P.05/13

23 may we ask your present employer about your character, qualifications, and work record? ... qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first. ..... [X]

24 **READ WORK EXPERIENCE IN THE INSTRUCTIONS BEFORE YOU BEGIN.**

- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years. If you were unemployed for longer than 3 months within the past 10 years, list the dates and your address(es) in an experience block.
- You may sum up in one block work that you did more than 10 years ago. But if that work is related to the type of job you are applying for, describe each related job in a separate block.
- INCLUDE VOLUNTEER WORK (non-paid work)—if the work (or a part of the work) is like the job you are applying for, complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.
- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block just as you would for a non-military job, including all supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB—Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title.
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of paper as described above.

**A** Name and address of employer's organization (include ZIP Code, if known): USAid, P.O. Box 699, Khartoum, Sudan
Dates employed: From: 2/6/96 To: Present
Average number of hours per week: 40
Number of employees you supervise: 29
Salary or earnings: Starting $16.59 per hr. Ending $18.86 per hr.
Your reason for wanting to leave: position Reclassified Reapplying for the position

Your immediate supervisor: Name Larry Meserve / Gerry Cashion, Area Code 254-2, Telephone No. 862400
Exact title of your job: Administrative Liaison Officer
If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: FS 6/6, GS 10/4

Description of work: Although my title remained the same in February, 1996, all Diplomatic Americans were withdrawn from Khartoum including OFDA's Emergency Disaster Relief Coordinator (EDRC). While continuing to perform my administrative duties I also began assuming the duties previously performed by the EDRC. Currently approximately 60% of my time is spent performing program duties including: 1) Northern Sudan country Representative for USAid emergency and humanitarian assistance program of USG $11.4 million Reporting directly to the American Embassy Charges, REDSO, Non-Presence Countries (NPC) Chief, OFDA Washington, OFDA/ARD, BHR/FFP and Africa Bureau Sudan Desk Office, 2) BHR/OFDA & BHR/FFP program manager & evaluator for currently funded projects & programs providing technical backstopping project monitoring and reporting for the humanitarian assistance programs in country 3) USAid liaison in Khartoum with UN agencies and OLS 4) Represent the USG at Regular donor/GOS, donor/UN, donor/NGO and donor/donor meetings 5) Reports on Government of...

[For Agency Use (skill codes, etc.)]

**B** Name and address of employer's organization (include ZIP Code, if known): USAid, P.O. Box 699, Khartoum, Sudan
Dates employed: From: 10/92 To: 2/6/96
Average number of hours per week: 40
Number of employees you supervised: 5-20
Salary or earnings: Starting $14.04 per hr. Ending $16.59 per hr.
Your reason for leaving: began assuming duties of EDRC (Emergency Disaster Relief Coordinator)

Your immediate supervisor: Name Larry Meserve, Area Code 254-2, Telephone No. 862400
Exact title of your job: Administrative Liaison Officer
If Federal employment: 10/92 FS 6/8, 6/96 FS 6/6

Description of work: 1) Provide overall management responsibility for & direct and coordinate the administrative and logistics support service and program monitoring functions of the USAid/Khartoum office 2) Develop & prescribe appropriate internal mission management systems & policies to ensure maximum utilization of material & human resources 3) Represents the Mission in developing & administering support agreements & budgets with the Embassy assuring that the Mission receives the type and levels of support for which reimbursement is made 4) provide overall direction & management of mission's general services functions which include leasing & furnishing of housing for employees, negotiation & execution of leases and maintenance of housing & office space, warehousing, personal property acquisition, accountability, disposition and disposal of expendable & non-expendable supplies, furniture and office equipment & and develops standards for issuing and controlling mission personal property. Provides for Repair & maintenance of equipment, motor pool & automotive...

[For Agency Use (skill codes, etc.)]

Page 2    IF YOU NEED MORE EXPERIENCE BLOCKS, USE SF 171-A (SEE BACK OF INSTRUCTION PAGE).

| 25 | Did you graduate from high school? If you have a GED high school equivalency or will graduate within the next nine months, a "YES". | 26 | Write the name and location (city and state) of the last high school you attended, or where you obtained your high school equivalency: Brookhaven, Columbus, OH |
|---|---|---|---|
| (226) | YES [X]  If "YES", give month and year graduated or received GED equivalency: 6/67  NO   If "NO", give the highest grade you completed: | 27 | Have you ever attended college or graduate school?  YES [X]  NO    If "YES", continue with 28. If "NO", go to 31. |

28 NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree:

| Name | City | State | ZIP Code | Month/Year From | Month/Year To | Credit Hours Semester | Credit Hours Quarter | Type of Degree | Month/Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) Ohio University | Athens | OH | | 9/67 | 6/72 | | 180 | BSED | 6/72 |
| 2) University of Houston | Clear Lake | TX | | 9/77 | 8/79 | 63 | | MA | |
| 3) | | | | | | | | | |

29 CHIEF UNDERGRADUATE SUBJECTS (Show major on the first line) — NUMBER OF CREDIT HOURS COMPLETED

| Subject | Semester | Quarter |
|---|---|---|
| 1) Speech Pathology | | 180 |
| 2) | | |
| 3) | | |

30 CHIEF GRADUATE SUBJECTS (Show major on the first line) — NUMBER OF CREDIT HOURS COMPLETED

| Subject | Semester | Quarter |
|---|---|---|
| 1) Educational Diagnostician | 30 | |
| 2) Early Childhood Education | 15 | |
| 3) Language Learning Disabled | 18 | |

31 If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| Name and Location of School | Month/Year From | Month/Year To | Classroom Hours | Subject(s) | Training Completed Yes/No |
|---|---|---|---|---|---|
| 1) | | | | | |
| 2) | | | | | |

SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

32 Cash Award/GSO for dedication to duty, loyalty & expertise in performing general & logistics services during the Gulf War crisis. 8/91, Cash Award/EXO Staff for outstanding service in the massive phase-down operation 8/92, Superior Unit Citation for superior performance in implementing U.S. Relief efforts under extraordinary difficult & perilous conditions. Computer Skills — wordperfect Lotus MSWord

33 How many words per minute can you: TYPE? 55  TAKE DICTATION? No  Agencies may test your skills before hiring you.

34 List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| License or Certificate | Date of Latest License or Certificate | State or Other Licensing Agency |
|---|---|---|
| 1) | | |
| 2) | | |

35 Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language. YES / NO [X]

| Language(s) | Can Prepare and Give Lectures Fluently | With Difficulty | Can Speak and Understand Fluently | Passably | Can Translate Articles Into English | From English | Can Read Articles for Own Use Easily | With Difficulty |
|---|---|---|---|---|---|---|---|---|
| 1) | | | | | | | | |
| 2) | | | | | | | | |

REFERENCES

36 List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| Full Name of Reference | Telephone Number(s) | Present Business or Home Address | State | Zip Code |
|---|---|---|---|---|
| 1) Donald Teitelbaum | 254-2-537-800 ext 3608 | American Embassy Nairobi, Nairobi Kenya | | |
| 2) Bruce Knotts | 254-2-537-800 ext 3608 | American Embassy Nairobi, Nairobi Kenya | | |
| 3) Polly Byers | 202-712-5754 | Ronald Regan Building OFDA, Floor 8th, Washington | DC | 20523 |

Page 3

POOLE-GALDAS, JACQUELYN KAY            S.S. #
PROGRAM/ADMINISTRATIVE LIAISON OFFICER

A. 2/6/96 to PRESENT, CONT'D PAGE 1

5) Sudan (GOS) changes in personnel and positions as they impact USG humanitarian programs, the NGO's and other UN agencies, 6) Represents USG humanitarian and transitional interests at national and international meetings and conferences, 7) facilitates and briefs official visitors traveling in Khartoum, 8) coordinates and analyzes assessment reports to develop integrated programs with other senior donor representatives, UN agencies, NGO's and local authorities, 9) Prepares project analyses and funding recommendations including beneficiaries, implementing information, documentation and reports, 10) Reviews project proposals from NGO/PVO and UN agencies, providing recommendations/comments to OFDA for final funding determination, 11) Monitor program implementation reporting via e-mail/cable to OFDA, FFP and OFDA/ARO regarding project status, 12) Periodically reviews OFDA and FFP funded grants with recommendations for amendments, no-cost extensions and changes to scopes of work and objectives, 13) Liaison with NGO's, GOS, FFP REDSO & Washington, OFDA Washington & OFDA/ARO, FEWS, Africa Bureau, STATE and Embassy in monitoring the overall situation in Sudan and 14) Assist OFDA funded NGOs in dealing with GOS authorities to address issues relating to their overall program. The remaining 40% of my time is spent performing my administrative duties. I am responsible for overseeing an Operating Expense budget of $400,000 and Non-Expendable Property amounting to $700,000. My administrative duties include: 1) developing and prescribing an appropriate internal management support system and policies and directing their application to facilitate the provision to the Mission of total administrative support, including personnel, office space, housing, equipment and supplies, transportation and all other management and administrative services essential for adequate support of the USAID/Khartoum strategic objectives; 2) providing the overall management responsibility for, directing and coordinating the administrative and logistics support service and program monitoring functions of the USAID/Khartoum office. This includes supervising 14 national staff including a finance specialist, health



POOLE-GALDAS, JACQUELYN KAY   S.S. #███████
PROGRAM/ADMINISTRATIVE LIAISON OFFICER

A. 2/6/96 TO PRESENT   CONT'D PAGE 2

specialist, agricultural specialist, two administrative staff, one secretary, 8 security guards and overseeing the work of five private companies with a total of 15 employees. These companies provide custodial, building maintenance, systems management services, vehicle maintenance, travel and fax/photocopy maintenance services; 3) evaluating the overall Mission organization, staffing and services to ensure effective support for strategic objectives and to affect maximum utilization of material and human resources; 4) develop, interpret and implement local management policies, systems and procedures and assure their conformance with USAID and other US governing regulations, and assure compliance with the Government of Sudan statutory or regulatory requirements affecting administrative management services of the Mission and its employees; 5) develop and administer the International Cooperative Administrative Support Services (ICASS) system agreements and budgets with the American Embassy. Assure that ICASS services are fully received and/or fully provided in accordance with inter-Agency Memoranda of Understanding (MOUs) and that these services remain cost effective; 6) ensure the administrative, maintenance and program staff perform their duties effectively and that deadlines are met. Counsels on ways to improve their individual performance; 7) provides logistical coordination of TDY mission to Khartoum from OFDA, FFP, Africa Bureau, STATE or other USG agencies as requested by the Charge', OFDA, FFP, ARO in Nairobi and/or REDSO NPC; 8) Liaise with Embassy personnel in planning and directing the personnel management program of the Mission for foreign national employees. Coordinate the personnel system including classification, hiring, compensation, performance evaluation, promotion and other benefits. Supervise the maintenance of personnel files, ensure personnel actions, staffing patterns, leave schedules and required periodic and special reports are accomplished correctly and in a timely manner. Process promotions, awards, disciplinary actions, advertisements to recruit employees for vacant positions, screen applicants; 9) plan and direct the automation program for USAID/Khartoum, the operations and

*Jacquelyn Poole Galdas*

POOLE-GALDAS, JACQUELYN KAY      S.S.
PROGRAM/ADMINISTRATIVE LIAISON OFFICER

A. 2/6/96 TO PRESENT, CONT'D PAGE 3

efficient use of Mission automation resources, evaluate and coordinate the procurement of all networking components which include hardware, software, wiring, electrical supplies and vendor installation and support services and evaluate the requirement for system upgrading and maintenance; 10) provides overall direction and management for mission's general services functions which include leasing and furnishing of housing for employees, negotiation and execution of leases and maintenance of housing and office space, warehousing, personal property acquisition, accountability disposition, and disposal of expendable and non-expendable supplies, automotive and office equipment, etc. and develops standard for issuing and controlling mission personal property. Provides for repair and maintenance of equipment, motor pool and automotive maintenance procurement of administrative supplies. Liaise with employees of the Embassy, other USG agencies, cooperating country officials, contractors and local business firms to ensure effective support for the mission; 11) responsible for administering the Mission security program under the guidance of the U.S. Embassy Regional Security Office. Coordinate security clearances for all employees with Embassy Regional Security officer and liaise with Embassy Administrative Office in updating emergency/security information; 12) Oversee and monitor USAID/Juba office/residential compound and non-expendable property currently at the USAID compound. The residential compound is being rented by ICRC while CART is renting the USAID office compound; 13) Oversee the annual USAID/Washington reports that must be submitted in September for non-expendable property, prepares all in final for Embassy Administrative Officer's signature; 14) oversee the Sudan Educational Memorial Fund for the children of USAID/Juba deceased employees. Liaise with AFSA, American Embassy Khartoum, Washington and children's teachers monitoring children's academic progress and 15) plan and direct the Mission's records and correspondence management operations ensuring conformance with established rules and regulations.

*Jacquelyn Poole Galdas* (signature)

POOLE-GALDAS, JACQUELYN KAY        S.S.
PROGRAM/ADMINISTRATIVE LIAISON OFFICER

A.  2/6/96 TO PRESENT, CONT'D PAGE 4

After the bombing of the Shiffa Pharmaceutical factory in August, 1998, I was evacuated to Nairobi at the request of the American Embassy Charge' where I have remained continuing to oversee the program and administrative issues of the Khartoum office. SEC STATE 025355 authorizes the return of diplomatic Embassy personnel to Khartoum on a rotating basis, 2 weeks in Khartoum, 2 weeks in Nairobi so there will be continuous diplomatic coverage. The first return diplomatic visit to Khartoum occurred on February 29, 2000. Charge' Teitelbaum has recommended I be allowed to travel into Khartoum on the next 15 day commuter visit on April 15, 2000. Upon my return to Nairobi Charge' Teitelbaum is expected to recommend I be allowed to return to Khartoum on a permanent basis since 1) I am not a diplomat and 2) I was not part of the original rotating core team that was evacuated in February, 1996.

*Jacquelyn Poole Galdas*