INTERROGATORY/QUESTIONNAIRE

EEO Complaint Number EOP-01-06

The Agency has accepted for investigation an EEO complaint filed by Mr. Ahmed S. Osman alleging discrimination based on his national origin, race, and religion, and in reprisal for prior EEO activity when he was not selected for Personal Services Contract position of Program Officer for Sudan - August 2000.

As the EEO Contractor secured by the Equal Opportunity Programs Staff to investigate this complaint, I am authorized to: (1) conduct interviews with all appropriate Agency officials, employees or other individuals who have knowledge of any facts concerning this complaint; (2) administer oaths and require that statements of witnesses be under oath or affirmation without a pledge of confidence; (3) review any files deemed pertinent to the complaint; and (4) collect any evidence deemed pertinent to the complaint. The authorization letter states in part: "The investigator must be provided full cooperation by all Agency personnel in this matter". Because you are not available in person for the interview, you are being provided this interrogatory to solicit your participation and input to this investigation.

In responding to questions and/or statements set forth herein, you are committed to the following: "I hereby certify under penalty of perjury, in accordance with 28 U.S.C. 1746, that my statement of response to each question or statement is true and correct to the best of my belief".

01  For the record, state your full name, position title and grade, and the organization to which you are assigned and location. **Answer: Gregory Cotler Gottlieb; Senior Regional Advisor for Africa, Grade 15, Step 9; USAID/Office of U.S.**

    Foreign Disaster Assistance, Nairobi, Kenya

02 How long have you held this position? State the position title and grade, and the organization to which you were assigned and its location? **Answer: Two years. Senior Regional Advisor, 15/9, Office of U.S. Foreign Disaster Assistance, Nairobi, Kenya.**

03

04 Who is your immediate supervisor? Who was your immediate supervisor August, 2000. Answer: **Tamra Halmrast-Sanchez. Tamra Halmrast-Sanchez.**

04 What was Ms. Mercedes Eugenia's position or role in advertising or the solicitation of candidates for this position of Program Officer for Sudan? What role did "GlobalCorps" play in this process (Be specific)? **Answer: Ms. Eugenia is a contracting officer. I do not know her role in the advertising or solicitation of candidates for this position. Global Corps is a contractor to OFDA that helps with recruitment of candidates. They send out the advertisements, prepare the binders that contain all the CVs, and do an initial ranking of candidates based on the job qualifications.**

05 For the record, what is your national origin? your race? your religion? Have you been involved in the EEO complaint process previously? (If yes, explain?) **Answer: USA. White. Jewish. Never involved in an EEO complaint.**

06 Regarding the Personal Services Contract position of Program Officer for Sudan, were you involved at all in screening, evaluating, and/or interviewing applicants for the position? If no, so indicate. If yes, respond to the statements or questions listed below. **Answer: As Senior Regional Advisor for Africa, the Program Officer position fell under my supervision. I looked over the book that contained the CVs of candidates. However, I was not involved in the**

**evaluating, interviewing, or selection of the candidates.**

a. Was Mr. Osman an applicant for the position? **Answer: I do not know.**

b. Was Mr. Osman among the applicants identified by GobalCorps in Category A or Category B? **Answer: I do not know.**

c. What was the basic evaluation material(s) used to screen and reduce the number of applicants identified in Category A to those to be interviewed? Were any candidates in Category B interviewed? If yes, list their names. **Answer: I do not know.**

d. Who set up the screening and/or interview panel? Who were the panel members who participated in this phase of the selection process? **Answer: I believe Mr. Ted Maly set it up, but I am not sure. I believe Ms. Kimberly Smith participated on the panel. I do not recollect any other panel members.**

e. Was there any specific evaluation materials used to screen the applicants to be interviewed? **Answer: I do not know.**

f. Were there any work sheets or documentation used to rank the candidates and/or to determine the individuals to be interviewed? If yes, please provide your work sheet or give the name of the individual the information was turned over to. If no and all candidates in Category A were not interviewed, give an explanation as to how you arrived at the individuals to be interviewed. **Answer: I do not know.**

g. Were there any work sheets used by the panel members of the interview results? If yes, provide copies or give the name of the individual the work sheets were turned over to. If no, give an explanation as to how you arrived at the individual(s) recommended to be selected.

      **Answer: I do not know. I wasn't on the panel.**

h. Was Mr. Osman interviewed? If no, give an explanation as to why he wasn't interviewed. **Answer: I do not know.**

i. Who made the selection: (a) management official (Who?), or (b) the evaluation/interview panel? **Answer: I don't know.**

07 Was national origin, race, or religion discussed during the screening process for this position? If yes, what was the nature of the discussion? Explain. **Answer: I don't know, I wasn't part of the panel.**

08 To your knowledge, was there any attempt to mediate a resolution to Mr. Osman's complaint? **Answer: I don't know.**

09 Is there any additional information relevant accepted issues in this complaint for investigation that should be entered into the record? If yes, explain. **Answer: No.**

I give this statement voluntarily and without duress. I understand that, in the event disciplinary action is taken as a result of this investigation, this statement may be used as supporting documentation for that action. In addition, I understand that it may be released to the person against whom disciplinary action has been proposed, and that I may be called upon to be a witness in any proceeding that follows such action.

Signature: __/Gregory C. Gottlieb/__ Date: August 17, 2001

*[signature]*

8/17/01