Exhibit 5

To: Tamra Halmrast-Sanchez

From: Kirk Dohne

Re: Program Officer for Sudan:

Date: August 3, 2001

Two individuals are involved in the error:
(1) "A. H. Osman" from Utah; did not apply for the position. The "A." in the name stands for Abdul.
(2) "Ahmed Osman" from Maryland; did intend to apply for the position.

Attached are database copies of everything that we had in our files for the two individuals.

The lawyers have my only copy of the book (a last minute request at the end of the day and I did not have a chance to copy it). Therefore, I do not have an exact duplication of what was in the book.

From a quick look at the book prior to sending it over, A.H.'s resume was attached to Ahmed's OF612, utilizing A.H.'s resume as the lead document and, therefore, the summary for A.H. in the spreadsheet. So there was certainly a bit of confusion that I have not been able to resolve in a definitive manner due to the passage of time. The most likely scenario of events is:
- Ahmed Osman faxes in OF612
- Ahmed Osman's OF612 is scanned into our database (later overwritten by an OF612 for a position he applied for at a later date)
- A. H. Osman is tracked to the position, by a misplaced cursor or simple error
- A. H. comes out in our reports (the spreadsheet) and additional materials from A. H.'s file are erroneously printed to add to the application of Ahmed (adding to the OF612 that was the only document sent in by Ahmed)

If you have any questions please give me a call. My advice would be tell the lawyers only what you have personal knowledge of, that is all they should care about anyway. For questions that concern the methodology by which such an error could occur, simply request that they call me.

Attached:
File materials for A.H. Osman
File materials for Ahmed Osman
File spreadsheet that would have been included in the book
Copy of the Selection Memo from the file