## Ahmed S. Osman - Summary of Profile

Experienced professional, blending work in relief, humanitarian and development assistance with diplomacy • A successful career making impact in over forty countries • Experience in contract and grant management, country program operation and project management, and superior political analysis and reporting skills as essential • Excels at interfacing with others at all levels to ensure stated goals are attained • Proactive and outreaching in getting to target population and beneficiaries • Possesses excellent skills in dealing with foreign governments, USAID missions, UN organizations, NGOs, regional and international organizations involved in humanitarian and development assistance • Familiarity with all indigenous non-governmental and civil organizations in Sudan • Commands the full respect of all strata of Sudanese people in the North, the South, the West and the East; especially the marginalized groups in the South, Nuba Mountains, Darfur and Beja regions.

- Selected at age 16 by the New York Herald Tribune in a national competition among all high school students to represent Sudan in its World Youth Forum (January-April 1960) • Worked with USIA as Assistant Librarian at the American Library in Khartoum (1960/1961) • First Sudanese to do his undergraduate studies in U.S. • Dartmouth Class of 1956  Foreign Scholar (1962-1965) • Recipient of Danforth Foundation Fellowship at Harvard (1966-1967) • A student of Harvard Nobel laureates in Economics: Wassily Leontief, Simon Kuznets and Kenneth Arrow.

- Highest quality of education and training earned at University of Khartoum, Dartmouth College, Harvard University and Fletcher School of Law & Diplomacy specializing in economic development, law and development and international development organizations focused on Africa and the Middle East.

- Twenty five years of continued professional work designing, implementing, monitoring and managing humanitarian and development assistance projects and programs in Africa -- focused on civil strife areas and least developed countries, e.g. Sierra Leone, Guinea, Guinea Bissau, Burkina Faso, Senegal, Benin, Togo, Central African Republic, Chad, Uganda, Seychelles, Zambia, Zimbabwe, Mozambique, Lesotho etc.

- Seven years of sustained voluntary , consultancy and advisory work in the Sudan in the fields of monitoring humanitarian assistance, relief work, facilitation of foreign media access to factual news and briefings • Support and lobby for NGOs and for linking relief and humanitarian assistance with development assistance.

- Evaluation, implementation and follow-up of over fifty projects in the fields of relief, education, health, food security, resettlement, transmigration, rehabilitation, agriculture, education, transportation and power.

- Collaboration in mobilization of over $200 million dollars to alleviate the damage inflicted by the severe drought that struck the Sahel countries in the seventies.

Exhibit 6

1

- Implementation of a Program of Water Point Projects in seven Sahel countries to forestall future disasters due to prolonged droughts.
- Rehabilitation of infrastructure, schools, health centers, cattle ranches, water points, power stations damaged in civil strife countries (Mozambique, Uganda, Rwanda, Chad, Sudan, Angola and Eritrea).

- Resettlement and transmigration projects (Zimbabwe, Indonesia and Sudan).

- Management and monitoring of humanitarian and development assistance projects in over forty countries in Africa and Asia.

- Representation of Islamic Development Bank (IDB) and Kuwait Fund (KF) as Senior Economist and Advisor to coordinate with the humanitarian and development communities integrated projects and programs, arrange for co-financing plans and mount joint evaluation and implementation of projects as the case may demand.

- Representation of KF and IDB humanitarian and development interests with governments and at bilateral and multilateral meetings dealing with humanitarian and development assistance.

- Evaluation, implementation and monitoring of humanitarian and development assistance in the following African countries: Sudan, Uganda, Central African Republic, Chad, Niger, Mali, Burkina Faso, Senegal, Guinea, Guinea-Bissau, Cape Verde, Botswana, Mozambique, Lesotho, Seychelles, Sierra Leone.

- Familiarity with the works of all NGOs, national, regional and international organizations in Sudan.

- Advocacy of the needs of Southern Sudan nationally and regionally.

- Organized the first platform for Southern Sudanese leaders to address their problems in the Arab world in 1989 in Kuwait [Invitees were Aledo Ajo, Abel Alier and Bona Malwal]. Facilitated and organized several audiences for western journalists with Southern leaders such as Abel Alier and Council of Churches in Khartoum.

- Familiarity with all USAID operations in southern and northern Sudan and with regional organizations such as IGAD, COMESA, ASARECA, RATES and EASSI.

- Familiarity with USAID policies and procedures and policy objectives of US Government in the Sudan and the region.

Resume of Ahmed Siddig Osman

Page 1

| | | |
|---|---|---|
| Name | Ahmed S. Osman | |
| Address | 12807 Bluet Ln, Silver Spring, Maryland 20906 | |
| Telephone / Fax | Tel: (301) 933-4402 / Fax:(202) 318-8886 | |
| E-Mail | Nuba22@Verizon.net | |
| Place of Birth | Argen (Nubia), Sudan / Egypt | |
| Nationality | American | |

**Education**

| | | | |
|---|---|---|---|
| Post-Graduate | Fellow, Harvard University, Center for Middle Eastern Studies | 1980-81 | |
| Graduate | Fletcher School of Law & Diplomacy | 1972-74 | Ph.D.Program, Economics/Law |
| | Ph.D. Orals with Distinction in Economic development, International | | M.A. Economics |
| | Finance, Law & Development, African & Middle Eastern Studies | | M.A.L.D. Law & Development |
| | Harvard University, Graduate School of Economics | 1965-69 | Ph.D. Program Economics |
| Undergraduate | Dartmouth College, Class of 1956 Scholar | 1962-65 | B.A. Economics |
| | University of Khartoum | 1961-62 | Mathematics & Philosophy |
| High School | Calhoun High school, Long Island, Sponsored by New York Herald Tribune | 1959-60 | |
| | Brooklyn High School, N.Y.C., Sponsored by New York Herald Tribune | 1959-60 | |
| | Orange High School, New Jersey, Sponsored by New York Herald Tribune | 1959-60 | |
| | Hagerstown High School, Maryland, Sponsored by N.York Herald Tribune | 1959-60 | |
| | Khartoum Secondary School | 1956-59 | |
| | University of London General Certificate of Education | 1960 | |
| | Cambridge Overseas School Certificate | 1960 | |

**Awards**

| | | |
|---|---|---|
| | Fellow, Harvard University | 1980-81 |
| | Fletcher School Fellowship for Graduate Study | 1972-74 |
| | Earhard Foundation Fellowship for Study at Harvard | 1968-69 |
| | Danforth Foundation, Harvard University | 1966-67 |
| | Harvard University Fellowship for Graduate Study in Economics | 1965-69 |
| | Reynolds Fellowship for Graduate Study at Harvard | 1965-67 |
| | Columbia University Full Fellowship for Study of Economics | 1965-67 |
| | Dartmouth Class of 1956 Scholar (full Scholarship 3 years) | 1962-65 |
| | Fulbright Travel Grant for Study in U.S.A. | 1962-63 |
| | Brandeis University, Wein International Scholarship | 1962-63 |
| | Winner of New York Herald Tribune Prize | 1959-60 |
| | Citation for Outstanding Work on Middle Course, Dartmouth College | 1962 |
| | Distinction in Ph.D. Oral Exam in Middle East Field, Fletcher / Harvard | 1974 |
| | Distinction in Ph.D. Oral Exam in Economic Development, Fletcher School | 1974 |

**Work Experience**

| | | |
|---|---|---|
| | Consultant and Publisher on Middle East and the Muslim World | 1999-Present |
| | Advisor on Economic and Social Development of Africa and the Middle East. | 1999- Present |
| | Consultant & Advisor for American & European Media & Institutions | 1994-1999 |
| | Economic Advisor, Islamic Development Bank | 1990-93 |
| | Economic Advisor Kuwait Development Fund, Economic & Social Development | 1982-90 |
| | Fellow, Harvard University, Center for Middle Eastern Studies | 1980-81 |
| | Senior Economist, Islamic Development Bank, Jeddah, Saudi Arabia | 1976-82 |
| | Lecturer at Dartmouth College and Director of Foreign Study Program in West Africa | 1974-76 |
| | Teaching Fellow in Economics at Fletcher School of Law & Diplomacy | 1972-74 |
| | Economic and Business Consultant on the Middle East | 1969-72 |
| | Marine Midland Bank, Wall Street, New York-Summer | 1964-65 |

**Fields of Expertise**

Teaching and Direction of Foreign Study Programs
Identification, Design and Programming of Development Projects
Management of Social and Development Projects in Africa, Middle East and Asia.
Implementation of Economic and Social Development Projects
Relief, Conflict Resolution and Humanitarian Assistance in Africa & Asia
Resource Mobilization for Social and Development Projects
Coordination of Co-financing with National, Regional and International Organizations
Negotiation of Contracts for Development Projects & Programs
Training Young Professionals in Project Appraisal and Implementation
Public Diplomacy with Donors, Beneficiaries, Media and Public
Trade Promotion, Financing and Liberalization in Muslim Countries
Liaison with International Media on Humanitarian and Developments Issues
Islamic Banking, Sharia Law and Poverty Alleviation Programs
Technical Assistance Programs for Social and Educational Programs
Reform of Educational Systems in the Arab World: Religious & Secular
Teaching Courses on Middle East Politics and Economics
Leading Publisher of Books on Islam in North America
Minorities in Muslim Countries and Muslim Minorities in Non-Muslim Countries

Individual Rights and Accountability in Islam

The Political Economy of The Third World

Arranged Workshops and Conferences on Roots of Conflicts, Culture

of Peace, Preserving Identity and Minority Cultures

**Languages**

| | |
|---|---|
| English | Proficient in Writing / Reading / Speaking/Listening |
| Arabic (MSA) | Proficient in Writing / Reading / Speaking/Listening |
| Arabic (Sudanese) | Proficient in Writing / Reading / Speaking/Listening |
| French | Fair in Writing / Reading / Speaking/Listening |
| Nubian | (Mother Tongue) Speaking / Listening |
| Spanish | Basic in Writing / Reading / Speaking/Listening |

**Work with the Media**

Advisory and Consulting Services on Sudan
I have been the primary source of advisory and consulting services on the Sudan for the following institutions:
BBC offices in U.K., Egypt, Kenya and South Africa
German ARD (Channel 1 TV) ; German Radio (DLF)
The Financial Times; The Observer; The Guardian
The New York Times; The Washington Post; Newsweek; The
New York Daily News; The Christian Science Monitor; Toronto Star
The Los Angeles Times; Le Figaro; Le Monde; Swedish TV4 AB ;
Diplomatic Missions and NGOs in Sudan, NGOs in Sudan

**Documentary Films on Sudan (A Sample)**                    1994-1999

Station Manager and Co-Producer of following films:
For BBC and PBS: Kingdoms of The Nile With Prof. Gates from Harvard University-Director of African Studies) 1998
For BBC: Life in Displaced Camps around Khartoum (document-action of victims of war from the South and Nuba Mountains)
For BBC: Issues of Governance: Elections and New Constitution
for BBC and Time Warner Co.: Empire of Death, 1999 (Human Sacrifice in Modern and Ancient Civilizations
For ARD: Peace Initiatives (Khartoum Peace Agreement)
For ARD: The Nile River, 1999
For ARD: Women in an Islamic State (Role of Women in Business, Judiciary, Civil Administration and politics in the Sudan)
for BBC: Impact of War in the North Interviews with families which lost Children in the South)
For BBC: Religious Freedom in Sudan

**Work in Economic Development in Africa, Middle East and Asia**    1976-1993

Work with Islamic Development Bank & Kuwait Fund
Policy and Planning Department
Liaison and representation of IDB and KF with governments, aid organizations and consultative group meetings.
Negotiation of bilateral co-operative agreements between IDB and UNDP and UN organizations.
Supervising sector studies and monitoring of economic performance of member countries.
Mobilization of resources for African Sahel countries hit by drought

Technical Assistance for Projects and Programs
Operations Department
Foreign Trade Financing Department
Identification, preparation, negotiation and implementation of trade financing operation (Imports and Exports)
Initiation of Trade Information Network to facilitate Intra-trade between IDB Member Countries
Promotion of Trade between U.S. and the Middle East

**Sample of Projects Appraised & Implemented**

Al Dalil Al Sharq Road Project - Yemen
Vocational Training Schools in Oman
As-Salam Hospital, Egypt
Banias Power Project - Syria
Arab Potash Project- Jordan
Rehabilitation of Technical Secondary Schools, Lebanon
Mahe Water Supply Project - Seychelles
Rehabilitation of Cattle Ranches- Uganda
Mutara Valley Agricultural Project, Rwanda
Bagre Dam Project- Burkina Faso
Agricultural resettlement Project - Zimbabwe
Liptako Gourma Water Points, Mali
Rice Cultivation Project, Guinea Bissau
Paria water Supply Project, Cape Verde
South East Sulwaisi Transmigration Project, Indonesia
Nathchamba-Kara Road Project- Togo
South-North Road Project- Benin
Rehabilitation of Railways-Mozambique
Small Agricultural Projects-Senegal

|  |  |
|---|---|
|  | Rainforest Area Road Project-Guinea |
|  | East-West Road Project: Botswana |
|  | Mountains Road Project-Lesotho |
|  | Small Dams Project, Quetta, Pakistan |
|  | Southern Conveyer Pipeline Project, Cyprus |
|  | Suez Canal Expansion - Egypt |
|  | Rural and Community projects in Sudan |
| **Sample of Studies** | Public Expenditures and Revenues of the State of Kuwait (Study Commissioned by Higher Planning Authority) Intra-OIC Trade: Opportunities and Constraints (Study Commissioned by IDB management-the study is based on trade flows of 45 IDB member countries) Reform of Morocco's Trade Regime: Implications for Trade Expansion Spread Sheet Analysis of Trade Flows of IDB Member Countries Study of Export Financing Facilities in selected Countries:Pre-Shipment and Post Shipment Financing Facilities. Foreign Exchange Risk Coverage and Institutional Support for Exporters |
| **Teaching** at Dartmouth College Fletcher School U.S. Government Facilities | The Political Economy of the Third World The Political Economy of the Middle East Field Research in Africa Economic Theory, International Finance, Quantitative Analysis for Economics Islamic Banking and Finance Aid and Development in The Muslim World Teaching Spoken Sudanese Arabic to Government Linguests |
| **Teaching** Montgomery Public Schools Social Studies and Mathematics | Walt Whitman HS, Walter Johnson, Winston Churchill HS, James Hubert Blake HS, Bethesda-Chevy Chase HS, John F. Kennedy HS, Pain Branch HS and Sherwood HS. |
| **References** | Professor Dale Eickelman (My roommate at Dartmouth) Chairman, Department of Anthropology Dartmouth College, Hanover, N.H. Tel: (603) 643-2553 Professor Derek Stryker, President ARD 185 Alewife Brook Parkway, Cambridge, A 02138-1101 U.S.A. Tel. (617) 864-7770, Fax (617)864-5386 Professor Louis Gates Director of African studies Harvard University Cambridge, MA 02138 Dr. Douglas Keare (Formerly with World Bank/ Dartmouth Class of 1956) Lincoln Institute, Cambridge, MA Tel:(617) 723-7395 |