# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIG OSMAN
    Plaintiff

v.                                **CASE NO. 06-0191 - HHK**

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)
    Defendant

June 2nd, 2006

## NOTICE OF FILING

Att. The Clerk:

### Verification, Page 23

1. Page 23, VERIFICATION, was inadvertently missed from inclusion in the two copies of the "First Amended Complaint", filed with U.S. District Court for the District of Columbia on May 31st, 2006. Kindly attach the enclosed page 23 to the original and the copy filed with the Court.

2. Copies mailed to the defendant Mr. Randall Tobias, Administrator of USAID, U.S. Attorney for the District of Columbia, and the U.S. Attorney General have this page already appended to the complaint.

RECEIVED
JUN 5 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Exhibits**

3. The complaint number and the initials of the Judge assigned to the case are missing from the six Exhibits of the "First Amended Complaint" filed with the Court on May 31st, 2006. Kindly substitute the enclosed corrected first pages of the six exhibits for the corresponding first pages of the six Exhibits already on file.

4. Copies of the Exhibits mailed to the defendant, the U.S. Attorney General for the District of Columbia, and the U.S. Attorney General already have the Exhibit number and the complaint number affixed to the first page of each complaint.

5. Enclosed is the list of the six exhibits.

Ahmed Siddig Osman
12807 Bluet Ln.
Silver Spring
MD 20906
(301) 933-4402

## CERTIFICATE OF SERVICE

Ref. Notice of Filing

I hereby, certify that I served, by first class mail, on June 2, 2006 a copy of the enclosed Notice of Filing to the defendant through his Office of the General Counsel:

    Mr. Randall Tobias,
    Administrator,
    U.S. Agency for International Development
    **C/O** Office of the General Counsel
    Ronald Regan Building
    1300 Pennsylvania Avenue, NW.
    Washington D.C.  20523

Sincerely,

*[signature]*

Ahmed Osman
12807 Bluet Ln
Silver Spring
MD 20906
(301)933-4402

June 2nd, 2006