## U.S. DISTRICT COURT - DISTRICT OF COLUMBIA

First Amended Complaint

Ahmed Siddig Osman,
    Plaintiff

v.                        Case No. 06-0191-HHK

Randall Tobias,

Administrator,

U.S. Agency for International Development
    Defendant

## VERIFICATION

I certify, under penalty of perjury, that the foregoing is true and correct. Executed on May 31st, 2006.

*[signature: Ahmed Osman]*

Ahmed Siddig Osman

*[Handwritten note: Append after Page 22 on Complaint (Chambers) Please. Thanks]*

First Amended Complaint - Complaint No. 06-0191-HHK

23