

# CIB 98-12
# Guidance Regarding Advertisement of PSCs

*Each page replaces* sted: 04/29/98 at 15:18 (EST)

*first page of each*

*exhibit on file*                      April 29, 1998

*( copy of complaint )*

*(right margin, handwritten, rotated):* Complaint No 06-0191-HHK    Exhibit I

MEMORANDUM FOR ALL CONTRACTING OFFICERS AND NEGOTIATORS

FROM:       M/OP, Marcus L. Stevenson, Procurement Executive

SUBJECT:    Guidance Regarding Advertisement of Personal Services
            Contracts (PSCs), and Requirements for Evaluating
            Applications for PSCs


            CONTRACT INFORMATION BULLETIN 98 - 12


CIB 97-16 and CIB 97-16 (Supplement) revised the Class
Justification for Other Than Full and Open Competition for hiring
personal services contractors by deleting personal services
contracts with U.S. citizens or U.S. resident aliens recruited
from the United States.  CIB 97-17 (Corrected 2) version provided
new procedures for hiring U.S. citizens or U.S. resident aliens
from the United States, specifically requiring advertising on the
Agency's External Internet web site for such solicitations.
There appears to be some confusion as to the application of these
CIBs, as well as the methodology for determining the most
qualified candidate for the contract.

The term "locally recruited" used in the class justification does
not apply to the recruitment of those individuals for PSCs
working in the Washington, D.C. area or the United States as a
whole.  It also does not apply to those individuals who are
recruited from the United States to work in a Mission outside the
United States, or Third Country Nationals paid under Appendix D
of the AIDAR.  The term "locally recruited" refers to recruitment

JUN-19-2000  09:10        USAID                                    202 216 3707    P.01/13

U.S. Agency for International
Development
Washington, D.C. 20523

**USAID**

**FACSIMILE TRANSMITTAL COVER SHEET**

*Complaint no 06-0191-HHK*
*Exhibit 2*

DATE:    19 June 2000

TO:

    ATTENTION: Kirk Dohne              ORGANIZATION: GlobalCorps
    FAX PHONE: 240-465-0244             OFFICE PHONE:

FROM:

    ORIGINATOR: Ted Maly               ORGANIZATION: BHR/OFDA
    FAX PHONE: 202-216-3706/7          OFFICE PHONE: 202-712-4419

NUMBER OF PAGES (including this cover sheet): 13

SUBJECT:  Submission of application for Jacque Poole-Galdas

Dear Kirk,

Attached please find a cover letter and completed SF-171 from Jacque Poole-Galdas for the position of OFDA Program Officer in Khartoum, Sudan (Solicitation number M/OP-00-1277).

I am forwarding it for her as she has had trouble with the phone and fax lines in Nairobi. I will forward the hard copy by post to your attention today. Please let me know if you have any questions.

Yours sincerely,

AID 330-7 (8/94)

GENERAL INFORMATION

1  _Program/Administrative Liaison_

2  Social Security Number  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    3  Sex  ☐ Male  ☒ Female

4  Birth date  11-11-49    5  Birthplace  Cols, OH

6  Name (Last, First, Middle)
   _Poole-Caldas Jacquelyn K_
   Mailing address
   _USAid Khartoum, State Dept_
   _Washington     DC 20521_

7  Other names  _Jacquelyn King Dean (maiden)_

8  Home Phone  249-11 | 472577    9  Work Phone  249-11-4452169

10 Were you ever employed as a civilian by the Federal Government?
   ☐ Temporary  ☐ Career-Conditional  ☐ Career  ☐ Excepted

   Dates at highest grade: FROM ___ TO ___

AVAILABILITY

11 When can you start work?  _Immediately_
12 What is the lowest pay you will accept?  Part ___ per ___ or grade _GS-13_

13 In what geographic area(s) are you willing to work?  _Sudan_

14 Are you willing to work:                                    YES  NO
   A. 40 hours per week (full-time)?                            X
   B. 25-32 hours per week (part-time)?
   C. 17-24 hours per week (part-time)?
   D. 16 or fewer hours per week (part-time)?
   E. An intermittent job (on-call/seasonal)?
   F. Weekends, shifts, or rotating shifts?

15 Are you willing to take a temporary job lasting:
   A. 5 to 12 months (sometimes longer)?
   B. 1 to 4 months?
   C. Less than 1 month?

16 Are you willing to travel away from home for:
   A. 1 to 5 nights each month?
   B. 6 to 10 nights each month?
   C. 11 or more nights each month?                                 X

MILITARY SERVICE AND VETERAN PREFERENCE

17 Have you served in the United States Military Service?        YES  NO
                                                                      X

18 Did you or will you retire at or above the rank of major?

FOR USE OF ...

[redacted area]

FOR USE OF ...

MILITARY SERVICE AND VETERAN PREFERENCE

19 Were you discharged from the military service under honorable
   conditions?                                                  YES  NO

   Discharge Date        Type of Discharge

20 List the dates (Month, Day, Year), and branch for all active duty military service.
   From        To        Branch of Service

21 ...

22 ...

   ☒ NO PREFERENCE

   5-POINT PREFERENCE

   10-POINT PREFERENCE

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
PREVIOUS EDITION USABLE UNTIL 12-31-90

Standard Form 171
U.S. Office of Personnel Management

Page 1

Complaint No 06-0191 HHK
Exhibit 3

**INTERROGATORY/QUESTIONNAIRE**

**EEO Complaint Number EOP-01-06**

The Agency has accepted for investigation an EEO complaint filed by Mr. Ahmed S. Osman alleging discrimination based on his national origin, race, and religion, and in reprisal for prior EEO activity when he was not selected for Personal Services Contract position of Program Officer for Sudan - August 2000.

As the EEO Contractor secured by the Equal Opportunity Programs Staff to investigate this complaint, I am authorized to: (1) conduct interviews with all appropriate Agency officials, employees or other individuals who have knowledge of any facts concerning this complaint; (2) administer oaths and require that statements of witnesses be under oath or affirmation without a pledge of confidence; (3) review any files deemed pertinent to the complaint; and (4) collect any evidence deemed pertinent to the complaint.  The authorization letter states in part: "The investigator must be provided full cooperation by all Agency personnel in this matter".  Because you are not available in person for the interview, you are being provided this interrogatory to solicit your participation and input to this investigation.

In responding to questions and/or statements set forth herein, you are committed to the following: "I hereby certify under penalty of perjury, in accordance with 28 U.S.C. 1746, that my statement of response to each question or statement is true and correct to the best of my belief".

01  For the record, state your full name, position title and grade, and the organization to which you are assigned and location. **Answer:  Gregory Cotler Gottlieb; Senior Regional Advisor for Africa, Grade 15, Step 9; USAID/Office of U.S.**

JUN-17-2003  16:19    L    )/GC                                202 216 3055    P.02

To: Tamra Haimrast-Sanchez

From: Kirk Dohne

Re: Program Officer for Sudan:

Date: August 3, 2001

Two individuals are involved in the error:
(1) "A. H. Osman" from Utah; did not apply for the position. The "A." in the name
stands for Abdul.
(2) "Ahmed Osman" from Maryland; did intend to apply for the position.

Attached are database copies of everything that we had in our files for the two
individuals.

The lawyers have my only copy of the book (a last minute request at the end of the day
and I did not have a chance to copy it). Therefore, I do not have an exact duplication of
what was in the book.

From a quick look at the book prior to sending it over, A.H.'s resume was attached to
Ahmed's OF612, utilizing A.H.'s resume as the lead document and, therefore, the
summary for A.H. in the spreadsheet. So there was certainly a bit of confusion that I have
not been able to resolve in a definitive manner due to the passage of time. The most likely
scenario of events is:
- Ahmed Osman faxes in OF612
- Ahmed Osman's OF612 is scanned into our database (later overwritten by an
  OF612 for a position he applied for at a later date)
- A. H. Osman is tracked to the position, by a misplaced cursor or simple error
- A. H. comes out in our reports (the spreadsheet) and additional materials from A.
  H.'s file are erroneously printed to add to the application of Ahmed (adding to the
  OF612 that was the only document sent in by Ahmed)

If you have any questions please give me a call. My advice would be tell the lawyers only
what you have personal knowledge of, that is all they should care about anyway. For
questions that concern the methodology by which such an error could occur, simply
request that they call me.

Attached:
File materials for A.H. Osman
File materials for Ahmed Osman
File spreadsheet that would have been included in the book
Copy of the Selection Memo from the file

Ahmed S. Osman

# Ahmed S. Osman  -  Summary of Profile

Experienced professional, blending work in relief, humanitarian and development assistance with diplomacy • A successful career making impact in over forty countries • Experience in contract and grant management, country program operation and project management, and superior political analysis and reporting skills as essential • Excels at interfacing with others at all levels to ensure stated goals are attained • Proactive and outreaching in getting to target population and beneficiaries • Possesses excellent skills in dealing with foreign governments, USAID missions, UN organizations, NGOs, regional and international organizations involved in humanitarian and development assistance • Familiarity with all indigenous non-governmental and civil organizations in Sudan • Commands the full respect of all strata of Sudanese people in the North, the South, the West and the East; especially the marginalized groups in the South, Nuba Mountains, Darfur and Beja regions.

- Selected at age 16 by the New York Herald Tribune in a national competition among all high school students to represent Sudan in its World Youth Forum (January-April 1960) • Worked with USIA as Assistant Librarian at the American Library in Khartoum (1960/1961) • First Sudanese to do his undergraduate studies in U.S. • Dartmouth Class of 1956  Foreign Scholar (1962-1965) • Recipient of Danforth Foundation Fellowship at Harvard (1966-1967) • A student of Harvard Nobel laureates in Economics: Wassily Leontief, Simon Kuznets and Kenneth Arrow.

- Highest quality of education and training earned at University of Khartoum, Dartmouth College, Harvard University and Fletcher School of Law & Diplomacy specializing in economic development, law and development and international development organizations focused on Africa and the Middle East.

- Twenty five years of continued professional work designing, implementing, monitoring and managing humanitarian and development assistance projects and programs in Africa -- focused on civil strife areas and least developed countries, e.g. Sierra Leone, Guinea, Guinea Bissau, Burkina Faso, Senegal, Benin, Togo, Central African Republic, Chad, Uganda, Seychelles, Zambia, Zimbabwe, Mozambique, Lesotho etc.

- Seven years of sustained voluntary , consultancy and advisory work in the Sudan in the fields of monitoring humanitarian assistance, relief work, facilitation of foreign media access to factual news and briefings • Support and lobby for NGOs and for linking relief and humanitarian assistance with development assistance.

- Evaluation, implementation and follow-up of over fifty projects in the fields of relief, education, health, food security, resettlement, transmigration, rehabilitation, agriculture, education, transportation and power.

- Collaboration in mobilization of over $200 million dollars to alleviate the damage inflicted by the severe drought that struck the Sahel countries in the seventies.

Complaint No 06-0191-HHK
Exhibit No. 5