# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIG OSMAN

vi.                                    CASE NO. **06-0191 - HHK**

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

## EXHIBITS

| Exhibit Number | Title of Exhibit | No. of Pages |
|---|---|---|
| 1 | Regulation CIB 98-12 | 2 |
| 2 | Fax of Edward Maly to GlobalCorps | 1 |
| 3 | SF-171 of Jacquelyn Poole-Galdas | 9 |
| 4 | Affidavit of Greg Gottlieb | 4 |
| 5 | Kirk Dohne's email to Tamra Halmrast-Sanchez | 1 |
| 6 | Summary of Profile and Resume of Plaintiff | 5 |

*Insert before first exhibit, please.*