UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED SIDDIG OSMAN

v.                                        CASE NO. **06-0191 - HHK**

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

AFFIDAVIT OF SERVICE

I, Ahmed Siddig Osman, hereby declare that on the 1st of June 2006, I mailed a copy of the summons and the complaint; certified mail return requested, to the U.S. Attorney General at 950 Pennsylvania Ave., NW. Washington D.C. 20530. Attached hereto is the green card acknowledging service.

Ahmed Siddig Osman
12807 Bluet Ln.
Silver Spring
MD 20906
(301) 933-4402

[Attached USPS PS Form 3811 Domestic Return Receipt, addressed to: U.S. General Attorney, 950 Pennsylvania Ave NW, Washington DC, DC 20530. Article Number: 7002 3150 0001 1375 0245. Service Type: Certified Mail.]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED SIDDIG OSMAN

v.                                            CASE NO. 06-0191 - HHK

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

AFFIDAVIT OF SERVICE

I, Omer Siddig, hereby declare that on June 1, 2006, I mailed a copy of the complaint of the above-cited case and summons; certified mail return requested, to the U.S. Attorney for the District of Columbia at 555 4th St., NW, Washington D.C. 20001. Attached hereto is the green card acknowledging service.

Omer Siddig
12807 Bluet Ln.
Silver Spring
MD 20906
(240) 883-0282

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUN 2 1 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED SIDDIG OSMAN

v.                                          CASE NO. 06-0191 - HHK

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

AFFIDAVIT OF SERVICE

I, Omer Siddig, hereby declare that on June 5, 2006, I mailed a copy of the complaint of the above-cited case and summons; certified mail return requested, to the U.S. Attorney for the District of Columbia at 555 4th St., NW, Washington D.C. 20001. Attached hereto is the green card acknowledging service.

Omer Siddig
12807 Bluet Ln.
Silver Spring
MD 20906
(240) 883-0282

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General for the
District of Columbia
555 4th St. N.W.
Washington DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                 6/6/06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0810 0004 4030 3701

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540