```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
               v.              )Civil Act. No. 06-00191 HHK
                               )
RANDAL TOBIAS,                 )
Administrator, United States   )
Agency for International       )
Development,                   )
                               )
          Defendant.           )
_____)
```

## MOTION FOR EXTENSION OF TIME TO ANSWER

    Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for his answer to the complaint from today (August 4, 2006) to August 18, 2006.  The complaint in this case was filed February 3, 2006, but the United States Attorney's Office was not served until June 5, 2006.  Undersigned counsel (Fred E. Haynes) contacted the plaintiff, who is pro se, to determine his position on this motion; plaintiff does not consent to this motion.

    The agency counsel assisting undersigned counsel in responding to the complaint has been reassigned to a different office.  The agency attorney who has taken his place is out of the office this week, and undersigned counsel will be out of the office next week.  Consequently, the two-week extension of time is needed.

    Attached is a draft order reflecting the requested enlarge-

ment of time.

        Respectfully submitted,

        KENNETH L. WAINSTEIN, DC Bar#451058
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
            /S/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        (202) 514-7201

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
             v.                )Civil Act. No. 06-00191 HHK
                               )
RANDAL TOBIAS,                 )
Administrator, United States   )
Agency for International       )
Development,                   )
                               )
          Defendant.           )
_____ )
```

ORDER

UPON CONSIDERATION of the motion filed by defendant for an extension of time to respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall respond to the complaint on or before August 18, 2006.

                              UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 4th day of August, 2006, a copy of the foregoing motion for extension of time to answer was served on plaintiff by first-class mail, postage prepaid, to the following address:

>  Ahmed Siddiq Osman
>  12807 Bluet Lane
>  Silver Spring, Maryland 20905

>  /S/
>  FRED E. HAYNES, D.C. BAR #165654
>  Assistant United States Attorney
>  555 4th Street, N.W., Room E-4110
>  Washington, D.C. 20530
>  (202) 514-7201