UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED SIDDIG OSMAN

v.                                   CASE NO. 06-0191 - HHK

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

AFFIDAVIT OF SERVICE

I, Ahmed Siddig Osman, hereby declare that on the 1st of June 2006, I mailed a copy of the complaint and summons; certified mail return requested, to Mr. Randall Tobias, Administrator of the U.S. Agency for International Development at Ronald Regan Building, 1300 Pennsylvania Ave, N.W. Washington D.C. 20523. Attached hereto is the green card acknowledging receipt of service.

Ahmed Siddig Osman
12807 Bluet Ln.
Silver Spring
MD 20906
(301) 933-4402

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Randall Tobias,
Administrator,
U.S. Agency for International
Development, USAID
Ronald Regan Building,
1300 Pennsylvania Ave, NW
Washington DC 20523

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Wayne G. Belcher    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Wayne G. Belcher
C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0001 1375 0238

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AHMED SIDDIG OSMAN

v.                                          CASE NO. **06-0191 - HHK**

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

### AFFIDAVIT OF SERVICE

I, Omer Siddig, hereby declare that on June 1, 2006, I mailed a copy of the complaint of the above-cited case, and summons; certified mail return requested, to Mr. Randall Tobias, Administrator of the U.S. Agency for International Development at Ronald Regan Building, 1300 Pennsylvania Ave, N.W. Washington D.C. 20523. Attached hereto is the green card acknowledging receipt of service.

Omer Siddig
12807 Bluet Ln.
Silver Spring
MD 20906
(240) 883-0282

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Randall Tobias
Administrator
U.S. Agency for International Development, USAID
Ronald Regan Bldg
1300 Pennsylvania Ave, N.W.
Washington DC 20523

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Eric Watson
C. Date of Delivery: 6/5/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 4037 4039

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED
JUN 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIG OSMAN

v.                                   CASE NO. 06-0191 - HHK

RANDALL TOBIAS
Administrator,
U.S. Agency for International Development,
(USAID)

AFFIDAVIT OF SERVICE

I, Omer Siddig, hereby declare that on June 5, 2006, I mailed a copy of the complaint of the above-cited case, and summons; certified mail return requested, to Mr. Randall Tobias, Administrator of the U.S. Agency for International Development at Ronald Regan Building, 1300 Pennsylvania Ave, N.W. Washington D.C. 20523. Attached hereto is the green card acknowledging receipt of service.

Omer Siddig
12807 Bluet Ln.
Silver Spring
MD 20906
(240) 883-0282

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr Randall Tobias
Administrator
USAID
Ronald Reagan Building
1300 Pennsylvania Ave
Washington DC 20523-1000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Eric Weit
C. Date of Delivery: 6/9/06
D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 4030 3695

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540