# UNITED STATES DISTRCIT COURT

## FOR THE DISTRCIT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIG OSMAN,<br>12807 Bluet Ln.<br>Silver Spring, MD 20906<br>(301)933-4402 (Tel)<br>(202)318-8886 (Fax)<br>            Plaintiff,<br><br>vs.<br><br>Randall Tobias,<br>Administrator,<br>U.S. Agency for International<br>Development, (USAID),<br>Agency,<br>            Defendant | Civil Case No. 06-00191-HHK |

## MOTION FOR CM/ECF PASSWORD

Pursuant to Local Civil Rule 5.4 (b)(2) the Plaintiff in this case, who is a pro se party, would like to seek the leave of the Court to be granted a CM/ECF Password to enable him to register for electronic filing.

The Plaintiff is computer literate, has e-mail address [Nuba22@Verizon.net] and access to the internet via Verizon fiberoptics and has the required hardware and software with capacity to electronically file documents and receive filings of other parties on a regular basis.

Respectfully submitted,

*Ahmed S. Osman*
Pro Se Plaintiff

Dated: 08/14/2006

**RECEIVED**
AUG 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Case No. 06-00191-HHK
1

# UNITED STATES DISTRCIT COURT
## FOR THE DISTRCIT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIG OSMAN,<br>12807 Bluet Ln.<br>Silver Spring, MD 20906<br>(301)933-4402 (Tel)<br>(202)318-8886 (Fax)<br>                Plaintiff,<br><br>vs.<br><br>Randall Tobias,<br>Administrator,<br>U.S. Agency for International<br>Development, (USAID),<br>Agency,<br>                Defendant | Civil Case No. 06-00191-HHK |

## ORDER

Upon consideration of the motion filed by the plaintiff to file and receive all documents, pleadings and court orders in the above-captioned case utilizing the Case Management/Electronic Case Filing ("CM/ECF") system, it is hereby ordered that the motion is Granted.

                                        Henry H. Kennedy

Dated: 08/  /2006                       United States District Court

Copy to plaintiff and
Counsel for defendant

Civil Case No. 06-00191-HHK

2

# UNITED STATES DISTRCIT COURT

## FOR THE DISTRCIT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIG OSMAN,<br>12807 Bluet Ln.<br>Silver Spring, MD 20906<br>(301)933-4402 (Tel)<br>(202)318-8886 (Fax)<br>**Plaintiff,**<br><br>vs.<br><br>Randall Tobias,<br>Administrator,<br>U.S. Agency for International Development, (USAID),<br>Agency,<br>**Defendant** | Civil Case No. 06-00191-HHK |

### CERTIFICATE OF SERVICE

I certify that on this 14th day of August, 2006 I mailed a copy of the foregoing MOTION FOR CM/ECF PASSWORD, by first-class mail, postage pre-paid, to Assistant United States Attorney Mr. Fred E. Haynes at the following address:

Mr. Fred E. Haynes
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Ahmed S. Osman
12807 Bluet Ln
Silver Spring, MD 20906
(301) 933-4402 Fax (202)318-8886