```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,             )
                                )
            Plaintiff,          )
                                )
         v.                     ) Civil Act. No. 06-00191 HHK
                                )
RANDAL TOBIAS,                  )
Administrator, United States    )
Agency for International        )
Development,                    )
                                )
            Defendant.          )
                                )
```

### CONSENT MOTION FOR EXTENSION OF TIME OF
### OF ONE-BUSINESS DAY TO ANSWER THE COMPLAINT

Pursuant to Rule 6(b)(1), defendant hereby moves to extend for one-business day the time for his answer to the complaint, from today, August 18, 2006, to August 21, 2006. Undersigned counsel (Fred E. Haynes) contacted the plaintiff, who is pro se, to determine his position on this motion. Plaintiff consents to the motion.

Agency counsel assisting undersigned counsel has provided the information needed to prepare the answer; however, undersigned counsel has not been able to prepare the answer in time for filing today. This week undersigned counsel was assigned a matter that has to be removed from the Superior Court, which together with work on the settlement of a case that was recently tried and an unexpected absence from the office most of today due to family obligations, have prevented the completion of the work on the answer.

Attached is a draft order reflecting the requested enlargement of time.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN, DC Bar#451058
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney
                                /S/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        (202) 514-7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,             )
                                )
            Plaintiff,          )
                                )
            v.                  )Civil Act. No. 06-00191 HHK
                                )
RANDAL TOBIAS,                  )
Administrator, United States    )
Agency for International        )
Development,                    )
                                )
            Defendant.          )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for an extension of time of one-business day to respond to the complaint, and the entire record in this case, it is this \_\_\_\_\_ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall respond to the complaint on or before August 21, 2006.

                                              UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2006, a copy of the foregoing consent motion for extension of time to answer was served on plaintiff by first-class mail, postage prepaid, to the following address:

>    Ahmed Siddiq Osman, Ph.D.
>    12807 Bluet Lane
>    Silver Spring, Maryland 20905

>                /S/
>    FRED E. HAYNES, D.C. BAR #165654
>    Assistant United States Attorney
>    555 4th Street, N.W., Room E-4110
>    Washington, D.C. 20530
>    (202) 514-7201