```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,              )
                                 )
            Plaintiff,           )
                                 )
            v.                   ) Civil Act. No. 06-00191 HHK
                                 )
RANDAL TOBIAS,                   )
Administrator, United States     )
Agency for International         )
Development,                     )
                                 )
            Defendant.           )
                                 )
```

CONSENT MOTION FOR EXTENSION OF TIME OF
OF ONE WEEK TO ANSWER THE COMPLAINT

Pursuant to Rule 6(b)(1), defendant hereby moves to extend for one week the time for his answer to the first amended complaint, i.e., from today, August 21, 2006, to August 28, 2006. Undersigned counsel (Fred E. Haynes) contacted the plaintiff, who is pro se, to determine his position on this motion. Plaintiff does not consent to this motion. Defendant notes, however, that although the complaint in this case was filed on February 3, 2006, neither it or the first amended complaint were served on defendant until early June 2006.

As explained in defendant's motion for extension of time of one-business day filed last Friday, agency counsel assisting undersigned counsel has provided to undersigned counsel the information that was thought to be needed to prepare the answer; however, undersigned counsel had not been able to prepare the answer in time for filing today. Undersigned counsel had

anticipated preparing the answer for filing today.  However, undersigned counsel was unexpectedly unable to turn his attention to the filing of the answer in this case until this afternoon (June 21).  This was due to several factors.  Undersigned counsel was required over the weekend to work more time than anticipated on a summary judgment motion in a Freedom of Information Act case where undersigned counsel represents the nineteen defendants; the Court has ordered that the summary judgment motion in the case be filed this Friday, without further enlargements of time.  Additionally, undersigned counsel had five other filings that were due today.  When undersigned counsel was able to turn to the preparation of the answer in this case late this afternoon, he found that there was an issue that needed further exploration with the agency.  Consequently, additional time is needed to clarify this issue.  The extension of time to next Monday is necessary because undersigned counsel must devote the rest of the week to the preparation of the summary judgment motion due Friday in the case with the nineteen defendants.

    Attached is a draft order reflecting the requested enlargement of time.

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN, DC Bar#451058
>United States Attorney
>
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney

```
                        /S/
       FRED E. HAYNES, DC Bar #165654
       Assistant United States Attorney
       555 4th Street, N.W., Room E-4110
       Washington, D.C. 20530
       (202) 514-7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
          v.                   )Civil Act. No. 06-00191 HHK
                               )
RANDAL TOBIAS,                 )
Administrator, United States   )
Agency for International       )
Development,                   )
                               )
          Defendant.           )
_____ )
```

## ORDER

UPON CONSIDERATION of the motion filed by defendant for an extension of time of one week day to respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall respond to the complaint on or before August 28, 2006.

                                               UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 21st day of August, 2006, a copy of the foregoing consent motion for extension of time to answer the complaint was served on plaintiff by first-class mail, postage prepaid, to the following address:

> Ahmed Siddiq Osman, Ph.D.
> 12807 Bluet Lane
> Silver Spring, Maryland 20905

> /S/
> FRED E. HAYNES, D.C. BAR #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201