UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIQ OSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Act. No. 06-00191 HHK |
| | ) |
| RANDAL TOBIAS, | ) |
| Administrator, United States | ) |
| Agency for International | ) |
| Development, | ) |
| | ) |
| Defendant. | ) |

CONSENT MOTION FOR CHANGE OF TIME FOR
THE INITIAL SCHEDULING CONFERENCE

The Court has set an initial scheduling conference in this case for November 13, 2006, at 10:15a.m. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has been in communication with the plaintiff, who is currently in the Sudan. Plaintiff has advised undersigned counsel that he will be in the Sudan for an extended period of time for work in connection with the Darfur crisis. Consequently, it is necessary to reschedule the initial scheduling conference in this case to some time after December 18, 2006. By this motion, defendant requests such a change in the initial scheduling conference.

Attached is a draft order reflecting the requested change in the time for the initial scheduling conference.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

```
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                        /S/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., Room E-4110
                              Washington, D.C. 20530
                              (202) 514-7201
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,           )
                              )
            Plaintiff,        )
                              )
            v.                )Civil Act. No. 06-00191 HHK
                              )
RANDAL TOBIAS,                )
Administrator, United States  )
Agency for International      )
Development,                  )
                              )
            Defendant.        )
                              )
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for a change in the date for the initial scheduling conference, it is this _____ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that the initial scheduling conference is rescheduled for _____, 20__.

                              UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 26th day of October, 2006, a copy of the foregoing consent motion for the rescheduling of the initial scheduling conference was served on plaintiff by first-class mail, postage prepaid, to the following address:

>Ahmed Siddiq Osman, Ph.D.
>12807 Bluet Lane
>Silver Spring, Maryland 20905

and was emailed to plaintiff at his email address.

/S/
FRED E. HAYNES, D.C. BAR #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201