```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
         Plaintiff,            )
                               )
              v.               )Civil Act. No. 06-00191 HHK
                               )
RANDAL TOBIAS,                 )
Administrator, United States   )
Agency for International       )
Development,                   )
                               )
         Defendant.            )
_____)
```

### CONSENT MOTION FOR FURTHER CHANGE OF TIME
### FOR THE INITIAL SCHEDULING CONFERENCE

The Court has reset the initial scheduling conference in this case for December 19, 2006.  Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has been in communication with the plaintiff, who is currently in the Sudan.  Plaintiff has advised undersigned counsel that his work in the Sudan related to the Darfur crisis will be taking longer than anticipated before he will be able to return to the United States.  Consequently, it is necessary to reschedule the initial scheduling conference in this case to some time in late March 2007.  By this motion, defendant requests such a change in the initial scheduling conference.

Attached is a draft order reflecting the requested change in the time for the initial scheduling conference.

                      Respectfully submitted,

                      JEFFREY A. TAYLOR, DC Bar#498610
                      United States Attorney

```
                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                              /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    (202) 514-7201
```

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,              )
                                 )
            Plaintiff,           )
                                 )
            v.                   )Civil Act. No. 06-00191 HHK
                                 )
RANDAL TOBIAS,                   )
Administrator, United States     )
Agency for International         )
Development,                     )
                                 )
            Defendant.           )
                                 )
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for a further change in the date for the initial scheduling conference, it is this _____ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that the initial scheduling conference is rescheduled for _____, 2007.


                            UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 27th day of November, 2006, a copy of the foregoing consent motion for the rescheduling of the initial scheduling conference was served on plaintiff by first-class mail, postage prepaid, to the following address:

>Ahmed Siddiq Osman, Ph.D.
>12807 Bluet Lane
>Silver Spring, Maryland 20905

and was emailed to plaintiff at his email address.

/s/
FRED E. HAYNES, D.C. BAR #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201