```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )Civil Act. No. 06-00191 HHK
                                 )
RANDAL TOBIAS,                   )
Administrator, United States     )
Agency for International         )
Development,                     )
                                 )
          Defendant.             )
_____)
```

MOTION FOR EXTENSION OF TIME OF TEN DAYS
FOR THE PARTIES TO FILE THEIR INITIAL DISCLOSURES

Pursuant to Rule 6(b)(1), defendant hereby moves to extend for ten days the time for the parties to make their initial disclosures in this case. Undersigned counsel (Fred E. Haynes) has emailed plaintiff concerning this motion, but undersigned counsel is not clear as to plaintiff's position on it.

Undersigned counsel has been heavily committed to other litigation matters and has not been able to work on the initial disclosures, and the agency counsel assisting him is currently out of the office. The additional time is, therefore, needed. This extension of time should not adversely affect the course of discovery in this case, in that the case was fully litigated at the administrative level (i.e., discovery and depositions) and given the deadlines that have been set in the case.

Attached is a draft order reflecting the requested enlarge-

ment of time.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
           /S/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

2

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
               v.              ) Civil Act. No. 06-00191 HHK
                               )
RANDAL TOBIAS,                 )
Administrator, United States   )
Agency for International       )
Development,                   )
                               )
          Defendant.           )
_____)

## ORDER

UPON CONSIDERATION of the motion filed by defendant for an extension of time of ten days for the parties to make their initial disclosures, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is granted, and it is further

ORDERED that the parties shall make their initial disclosures by May 21, 2007.

                                   UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 11th day of May, 2007, a copy of the foregoing motion for extension of time to make initial disclosures was served on plaintiff by first-class mail, postage prepaid, to the following address:

    Ahmed Siddiq Osman, Ph.D.
    12807 Bluet Lane
    Silver Spring, Maryland 20905

          /s/
    FRED E. HAYNES, D.C. BAR #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201