```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,           )
                              )
          Plaintiff,          )
                              )
               v.             )Civil Act. No. 06-00191 HHK
                              )
FREDERICK W. SCHIECK,         )
Acting Administrator,         )
United States Agency          )
for International             )
Development,                  )
                              )
          Defendant.          )
_____)
```

MOTION FOR ENTRY OF PRIVACY PROTECTIVE
ORDER AND SUPPORTING MEMORANDUM OF LAW

Pursuant to Rule 26(c)(2), defendant hereby moves for the entry of the attached privacy protective order. This is an action in which plaintiff, an American of Sudanese origin, asserts that he was the victim of discrimination when he was not selected for two positions at the United States Agency for International Development ("AID"), program officer for Sudan (a position in the Sudan) and conflict analyst (a position in Washington, D.C). Plaintiff asserts claims under Title VII of the Civil Rights Act of 1964 (race, color, religion, and national origin) and the Age Discrimination in Employment Act.

This privacy protective order would primarily protect from unauthorized disclosure the applications for the two positions and their associated documents (letters of recommendation, etc.) and any internal evaluations of the applicants. In the course of the discovery process in the administrative proceeding before the

Equal Employment Opportunity Commission at least some of the applications and evaluations were produced to plaintiff, with and without redactions. Defendant proposes to produce to plaintiff all of the applications and evaluations with the only redactions being the ones required by the Judicial Conference and Local Civil Rule 5.4 (day and month of birth; any social security number; the first names of children, and any financial account number). The fact that a person has applied for a particular position and the extensive information provided in the person's application are entitled to Privacy Act protections. On the other hand, plaintiff very well may need to know the names of the persons whose applications are being turned over to him in order to carry out his analysis of the evidence. A privacy protective order accommodates these interests.

At the trial, if any, of this case, it may be necessary to introduce some of the applications as evidence, but certainly not all of the over one hundred applications that were submitted for these two positions. At least some of the information to which this protective order would apply has already been produced to plaintiff in unredacted format; as to that material, the protective order will govern its future use.

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has unsuccessfully attempted, via e-mail, to reach Mr. Osman since late December to seek his

agreement to the proposed protective order.  Undersigned counsel believes that Mr. Osman may be abroad.  Earlier, undersigned counsel and Mr. Osman discussed this issue, and Mr. Osman expressed the view that the solution would be to redact the documents (e.g., redact the names).  Given the volume of personal information contained in the applications, this approach would be insufficient to protect the identities of the applicants and their work history, training, and education.  Additionally, plaintiff may need to know the names of applicants to carry out his analysis of the evidence.  Consequently, defendant proposes the attached protective order as the appropriate solution.

    Attached is the proposed protective order.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
      /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

CERTIFICATE OF SERVICE

    I certify that on this 23rd day of January, 2008, a copy of the foregoing motion for entry of a privacy protective order was served on plaintiff by e-mail and by first-class mail, postage prepaid, to the following address:

        Ahmed Siddiq Osman
        12807 Bluet Lane
        Silver Spring, Maryland 20905

                /s/
        FRED E. HAYNES, D.C. BAR #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        (202) 514-7201