# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ahmed Siddig Osman,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>FREDERICK W. SCHIEK,<br>Administrator, United States<br>Agency for International<br>Development, (USAID),<br>　　　　　Defendant. | Civil Action No. 06-00191 HHK |

**MOTION TO MODIFY DEFENDANT'S MOTION
FOR A STIPULATED PROTECTIVE ORDER**

　　Now comes pro se Plaintiff, Ahmed S. Osman, and for his Motion to Modify Defendant's proposed Stipulated Protective Order, states the following:

　　1.　　On January 23, 2008 Counsel for Defendant filed a Motion for a Stipulated Protective Order in anticipation of releasing to the Plaintiff documents that are protected by the Privacy Act of 1974, 5 U.S.C. § 552a, or may otherwise be subject to confidential treatment.

　　2.　　Plaintiff has conferred previously with the Counsel for Defendant and requested that such confidential information be redacted as was done previously under the administrative procedure of EEOC noting that the information the Defendant has released so far is less than the redacted information previously released under EEOC adjudication and does not add anything new. In the expectation that Defendant will release new information Plaintiff agrees that a Protective Order.

　　3.　　Plaintiff conferred with the Counsel for Defendant about his Motion for a Stipulated Protective Order and the need to modify it slightly to further clarify the following:

1

    i.       The Manner and Timing of Designation.

    ii.      Extending Access to Protected Material to the Court and its staff.

    iii.     Exercise of Restraint and Care in Designating Material for Protection.

    iv.     Legal memoranda and briefs containing Protected Material and any work product materials containing Protected Material may be retained if such documents shall be kept in the possession of Defendant, and shall not in the future be disclosed contrary to the provisions of this Order.

    v.      Duration of Confidentiality Obligations of the Order.

Plaintiff, respectfully prays that this Honorable Court modify the Stipulated Protective Order entered by the Counsel for Defendant along the attached Order.

                                    Respectfully Submitted,

                                    Plaintiff,
                                  Ahmed S. Osman
                                  12807 Bluet Ln.
                                  Silver Spreing, MD 20906
                                  (301)933-4402

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2008, a copy of the foregoing motion for entry of a Stipulated Protective Order was served on the Counsel for Defendant by email and by first-class mail, postage prepaid, to the following address:

> Fred E. Haynes
> Assistant U.S. Attorney
> 555  4th Street, N.W., Room E-4110
> Washington D.C. 20530

/s/
Ahmed S. Osman
12807 Bluet Ln
Silver Spring, MD 20906
(301) 933-4402