UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIQ OSMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Act. No. 06-00191 HHK |
| | ) |
| FREDERICK W. SCHIECK, | ) |
| Acting Administrator, | ) |
| United States Agency | ) |
| for International | ) |
| Development, | ) |
| | ) |
| Defendant. | ) |

CONSENT MOTION FOR EXTENSION OF DISCOVERY PERIOD

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for the parties to complete discovery from February 27, 2008, to March 28, 2008. The other deadlines in this case will not be effected by the extension of the time to complete discovery. Plaintiff consents to this motion.

Issues relating to the depositions of two AID employees who are stationed abroad and two former AID employees who live outside the jurisdiction of this case need to be resolved and the depositions taken. Undersigned counsel (Fred E. Haynes) primarily responsible for this case and plaintiff will not be able to complete these depositions and other discovery in the case by February 27. This is the result of heavy commitments on undersigned counsel's time from numerous other cases and from the fact that plaintiff has been out of town and out of the country

for a considerable period of time.  The extension of time will enable the parties to complete discovery in an orderly manner.

Attached is a draft order reflecting the requested relief.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR, DC Bar #498610
                    United States Attorney

                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney
                          /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    (202) 514-7201

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
     v.                        )Civil Act. No. 06-00191 HHK
                               )
FREDERICK W. SCHIECK,          )
Acting Administrator,          )
United States Agency           )
for International              )
Development,                   )
                               )
          Defendant.           )
_____ )
```

## ORDER

UPON CONSIDERATION of the consent motion filed by defendant for an extension of the discovery period, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the discovery period will close on March 28, 2008.

                                      UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

    I certify that on this 8th day of February, 2008, a copy of the foregoing motion for extension of the discovery period was served on plaintiff by first-class mail, postage prepaid, to the following address:

>Mr. Ahmed Siddiq Osman
>12807 Bluet Lane
>Silver Spring, Maryland 20905

>/s/
>FRED E. HAYNES, D.C. BAR #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201