```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,              )
                                 )
            Plaintiff,           )
                                 )
       v.                        ) Civil Act. No. 06-00191 HHK
                                 )
FREDERICK W. SCHIECK,            )
Acting Administrator,            )
United States Agency             )
for International                )
Development,                     )
                                 )
            Defendant.           )
_____)
```

CONSENT MOTION FOR FURTHER EXTENSION OF DISCOVERY PERIOD

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for the parties to complete discovery from March 28, 2008, to August 29, 2008. The time for the filing of summary judgment motions, if any, will also be extended to August 29, 2008. Plaintiff consents to this motion.

It has become apparent that the parties will need significantly more time to complete discovery in this case than previously anticipated. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has been out of the office most of the time from February 26 to March 14 due to critical injuries sustained by a family member in an accident and serious injuries sustained by another family member in a different accident. Additionally, plaintiff has had to go to the Sudan to assist a seriously ill family member. He also anticipates having to then complete a water project that he has been

involved in there.  Then, when he returns to the United States, he must go to Georgia to once again train government personnel in the dialect of Arabic used in the Sudan.  These problems require a longer extension of the discovery period than previously sought.

    Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, DC Bar #498610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
        /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
              v.               )Civil Act. No. 06-00191 HHK
                               )
FREDERICK W. SCHIECK,          )
Acting Administrator,          )
United States Agency           )
for International              )
Development,                   )
                               )
          Defendant.           )
_____ )
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for an extension of the discovery period, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the discovery period will close on August 29, 2008; and it is further

ORDERED that summary judgment motions, if any, will be filed by August 29, 2008.

                                      UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 26th day of March, 2008, a copy of the foregoing motion for extension of the discovery period was served on plaintiff by first-class mail, postage prepaid, to the following address:

>Mr. Ahmed Siddiq Osman
>12807 Bluet Lane
>Silver Spring, Maryland 20905

>/s/
>FRED E. HAYNES, D.C. BAR #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201