```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

AHMED SIDDIQ OSMAN,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Act. No. 06-00191 HHK
                                 )
FREDERICK W. SCHIECK,            )
Acting Administrator,            )
United States Agency             )
for International               )
Development,                     )
                                 )
          Defendant.             )
_____)

## CONSENT MOTION FOR CONTINUANCE OF STATUS HEARING

Pursuant to Rule 6(b)(1), defendant hereby moves to continue the time for the status hearing in this case. The hearing is currently set for this Friday, May 10, 2008, at 9:45am. Plaintiff remains abroad, addressing a family member's serious illness. Additionally, undersigned counsel (Fred E. Haynes) has a Court of Appeal's argument that was reset to this Friday at 9:30am. It is requested that the status hearing be continued to some time in August or September that is convenient for the Court.

Attached is a draft order reflecting the requested relief.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, DC Bar #498610
                                        United States Attorney

                                        RUDOLPH CONTRERAS, DC Bar #434122
                                        Assistant United States Attorney

```
                        /s/
              FRED E. HAYNES, DC Bar #165654
              Assistant United States Attorney
              555 4th Street, N.W., Room E-4110
              Washington, D.C. 20530
              (202) 514-7201
```

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,            )
                               )
          Plaintiff,           )
                               )
          v.                   )Civil Act. No. 06-00191 HHK
                               )
FREDERICK W. SCHIECK,          )
Acting Administrator,          )
United States Agency           )
for International              )
Development,                   )
                               )
          Defendant.           )
_____ )
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for a continuance of the status hearing in this case that is currently set for 9:45am on May 10, 2008, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the status hearing is continued to _____,___, 2008, at _____ am/pm.

                                        UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 8th day of May, 2008, a copy of the foregoing motion to continue the status hearing was served on plaintiff by e-mail and by first-class mail, postage prepaid, to the following address:

>Mr. Ahmed Siddiq Osman
>12807 Bluet Lane
>Silver Spring, Maryland 20905

>/s/
>FRED E. HAYNES, D.C. BAR #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201