UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,         )
                                 )
          Plaintiff,    )
                                 )
                v.         )Civil Act. No. 06-00191 HHK
                               )
FREDERICK W. SCHIECK,    )
Acting Administrator,    )
United States Agency     )
for International        )
Development,             )
                               )
         Defendant.    )
_____)

CONSENT MOTION FOR FINAL EXTENSION OF DISCOVERY PERIOD

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for the parties to complete discovery from August 29, 2008, to September 30, 2008. This means that the discovery period will be closed prior to the next status conference, which is scheduled for October 1, 2008  Plaintiff consents to this motion. The parties are in the process of completing the depositions in this case, and the parties will very shortly be entering into settlement discussions. The proposed extension of time should enable the completion of these tasks without any further delay in the scheduling of the case.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED SIDDIQ OSMAN,                    )
                                       )
              Plaintiff,               )
                                       )
                   v.                  )Civil Act. No. 06-00191 HHK
                                       )
FREDERICK W. SCHIECK,                  )
Acting Administrator,                  )
United States Agency                   )
for International                      )
Development,                           )
                                       )
              Defendant.               )
_____)

ORDER

UPON CONSIDERATION of the consent motion filed by defendant

for an extension of the discovery period, and the entire record

in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the discovery period will close on September

30, 2008.

                         UNITED STATES DISTRICT JUDGE

Copy to plaintiff and
counsel for defendant

CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2008, a copy of the foregoing motion for extension of the discovery period was served on plaintiff by first-class mail, postage prepaid, to the following address:

        Mr. Ahmed Siddiq Osman
        12807 Bluet Lane
        Silver Spring, Maryland 20905

                        /s/
                FRED E. HAYNES, D.C. BAR #165654
                Assistant United States Attorney
                555 4th Street, N.W., Room E-4110
                Washington, D.C. 20530
                (202) 514-7201