UNITED STATES DISTRCIT COURT

DISTRCIT OF COLUMBIA

| | |
|---|---|
| AHMED SIDDIG OSMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>Randall Tobias,<br><br>Administrator,<br>U.S. Agency for International<br>Development, (USAID),<br><br>Agency,<br><br>Defendant | Civil Act. No. 1.06-00191 HHK |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

**AND EXTEND DISCOVERY CLOSING DATE**

Plaintiff, in Pursuant to Rule 6(b)(1), moves this Court to reschedule the October 1, 2008 Status Conference to a date after December 15, 2008 and to extend the closing of the discovery period from September 30, 2008 to November 30, 2008.

Plaintiff was keen to attend the Status Conference on October 1, 2008 even though it conflicted with the Muslim Eid holiday, concluding the month-long fast of Ramadan. But this has been overtaken today by an unexpected change of the timing of the course the Plaintiff delivers to Federal linguists in Georgia. The course schedule has been changed to start on September 29, 2008 and end November 21, 2008 instead of October 6 to December 5, 2008. The parties also want to benefit from the intervening time to the new date for the Status Conference to conclude some unfinished discovery items and start

1

negotiations for a global settlement of this litigation and the ones pending before the EEOC; a proposal for settlement offered by the Defendant. Therefore, the extension of the closing of the discovery period will immensely enhance this process. The Plaintiff has filed only one previous extension of discovery period and prays that the Court grant the attached proposed order. The Defendant has consented to this motion.

Dated: September 3, 2008

                                      Respectfully submitted,

                                                    /s/

                                        Ahmed S. Osman

                                               Plaintiff

**UNITED STATES DISTRCIT COURT**

**DISTRCIT OF COLUMBIA**

|  |  |
|---|---|
| **AHMED SIDDIG OSMAN,**<br><br>    **Plaintiff**,<br><br>        vs.<br><br>**Randall Tobias,**<br><br>**Administrator,**<br>**U.S. Agency for International**<br>**Development, (USAID),**<br><br>**Agency,**<br><br>**Defendant** | Civil Act. No. 1.06-00191 HHK |

# ORDER

Presently pending before the Court is Plaintiff's Motion to Extend the Closing Date for the Discovery Period and to Reschedule the Status Conference...

**IT IS HEREBY ORDERED** that the Discovery period shall close on November 30, 2008 and the Status Conference shall be held on _____, _____, 200_____ at ____: _____ a.m...

**SO ORDERED.**

Henry H. Kennedy

U.S. District Judge

3

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of September, 2008, a copy of the foregoing motion for extension of the discovery period and rescheduling of the Status Conference was served on defendant by first-class mail, postage prepaid, and email to the following address:

Mr. Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Fred.Haynes@usdoj.gov

/s/
Mr. Ahmed Siddig Osman
12807 Bluet Lane
Silver Spring, Maryland 20905
(301) 933-4402